USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/22 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BARBARA HANDSCHU, *et al.*,

           Plaintiffs,                          No. 71 Civ. 2203 (CSH)

    -against-                                 **ORDER**

POLICE DEPARTMENT OF THE CITY OF
NEW YORK, *et al.*,

           Defendants.

-----------------------------------------------------------------X

**HAIGHT, Senior United States District Judge:**

    The Motion of Class Counsel for Injunctive Relief and For Appointment of an Auditor or Monitor [Doc. 408] will be called for oral argument at **10:30 a.m.** on Tuesday, **October 1, 2013** at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, N.Y. in a Courtroom to be designated.

    So ORDERED.

Dated:  New Haven, Connecticut
           August 22, 2013

                                                 /s/ Charles S. Haight
                                               CHARLES S. HAIGHT, JR.
                                               SENIOR UNITED STATES DISTRICT JUDGE