April D. Williams
486 Park Ave. Apt. 2B
Orange, New Jersey 07050
862-202-0205

71 W2203



New Jersey
Essex County

My current legal name is, April Denise Williams and my current address is, 486 Park Ave. Apt. 2B Orange, New Jersey. I am presently 35 years of age, and my current address of residence is 486 Park Ave. Apt. 2B Orange, New Jersey 07050. I, the Affiant submits and writes these statements of and on my own free will and on behalf of myself, April D. Williams. I, the Affiant states that I became a victim several years ago.

I, the Affiant states that I have been tortured by wireless technologies; lasers, fired, burns, behavior modification and mood management, the tech of mk ultra, remote neural monitoring, body modification, thought injection, rape and human trafficking, consistent homelessness, etc. I the Affiant states that I have been attacked by individuals, police, government, and government agencies, etc... I the Affiant states that I have made formal police reports to: the law departments within my city and county, I have contacted my states attorney general, Senators, Washington D.C., etc. and received no support nor help?

I the Affiant have been, forcibly placed in a mental program, physically harmed, embarrassed, degraded, assaulted by police, individuals, etc. I the Affiant states that my life has been ruined as I am no longer employable, I am workplace mobbed, my work is being damaged, my family is being threatened, etc.

I have not filed a TORT 95 claim as of yet. I have filed a TORT 95 claims yet because I'm just finding out.

I am or have become a victim of torture, attacks, assaults, harassment, sexual abuse, police abuse, government funded technology abuse, consistent homelessness in which is set 4/7/16 in essex county court to (warrant of removal) from an apartment that I was forcibly placed against my will to be tortured/tormented by wireless technology: as of now I will be homeless again on 4/7/16 with know where to go, body modification, behavior management and mood management, forcibly placed in a marriage, thought injection and brain to brain, still my creativity, memory lose, rape and human trafficking physically and technology, IRS fraud/unemployment fraud/identity theft physical/technologically all which is in result of illegal wireless technology connecting to my brain/mind, education/career mobbing, religion mobbing, culturely and discrimination in workplace, microwave radiation/frequency, drones etc., and am now aware that these technologies are being funded by the United States government with most of these technologies being developed for war are also now being tested and evaluated per Department of Defense Directive 5240.1-r – Procedure 13 – Human Experimentation (on U.S. Persons and others) for Intelligence Purposes. As a human being and with Human Rights I have not given approval for the use or abuse of my body in any form to anyone or to any entity within or outside of the United States government to include any corporation, researcher, scientist, military agency or anyone affiliated within or outside of any agency, corporation or individual that has resulted in the harms that my body, life, property, career and or finances have endured. To further state that military training documents such as the Department of Defense Joint Targeting Publicationhttps://www.aclu.org/files/dronefoia/dod/drone_dod_jp3_60.pdf; DOD Joint Targeting of Individual and Groups that involves the United States 'Joint Chiefs of Command' and the United States (HHS) Health and Human Services involvement, an agency that oversee the medical records of every citizen along with citizens who are being used illegally for testing and evaluation of war technologies;

I the Affiant of this Affidavit do object to such treatment and abuse of my body and life. In addition to the above noted military training documents that is resulting in the harm to myself and to millions of citizens of this country I do as well object to the Department of Defense Directive 5240.1-r – Procedure 13 that has resulted in the destruction of my health as will where this document has existed for decades with no oversight yet it still exists as a published and available document resulting in harm to myself and millions of citizens. The chapter 13 reads as follows:

C13. CHAPTER 13 PROCEDURE 13. EXPERIMENTATION ON HUMAN SUBJECTS FOR INTELLIGENCE PURPOSES

C13.1. APPLICABILITY This procedure applies to experimentation on human subjects if such experimentation is conducted by or on behalf of a DoD intelligence component. This procedure does not apply to experimentation on animal subjects.

C13.2. EXPLANATION OF UNDEFINED TERMS C13.2.1. Experimentation in this context means any research or testing activity involving human subjects that may expose such subjects to the possibility of permanent or temporary injury (including physical or psychological damage and damage to the reputation of such persons) beyond the risks of injury to which such subjects are ordinarily exposed in their daily lives.

C13.2.2. Experimentation is conducted on behalf of a DoD intelligence component if it is conducted under contract to that component or to another DoD Component for the benefit of the intelligence component or at the request of such a component regardless of the existence of a contractual relationship.

C13.2.3. Human subjects in this context includes any person whether or not such person is a United States person. C13.3. PROCEDURES C13.3.1. Experimentation on human subjects conducted by or on behalf of a DoD intelligence component may be undertaken only with the informed consent of the subject, in accordance with guidelines issued by the Department of Health and Human Services, setting out conditions that safeguard the welfare of such subjects. *DoD 5240.1-R, December 1982* 58

I hereby state that the information above is true, to the best of my knowledge. I also confirm that the information here is both accurate and complete, and relevant information has not been omitted. (1) For an individual acting in his or her own right, I set forth my signature.

Affiant

Signed

Affiant

Print Name

State of ( New Jersey ) City of Orange

County of ( ESSEX ) On this, 4 day of

APRIL , 20 16 , before me a notary public, the undersigned (print name)

Jimmy Andrade , personally appeared before me, known to me (by satisfactorily

proven identification and affixed signature) APRIL D WILLIAMS to be the person whose name is

subscribed to this document, and acknowledged that he or she executed the same for the purposes therein contained. In witness hereof, I hereunto set my hand and official seal. _____

Notary Public _____ My Commission Expires on

JIMMY ANDRADE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 04/06/2016

April Williams
486 Park Ave. Apt 2B
Orange, NJ 07050

USMP3
SDNY

DW DANIELS NJ 070

RECEIVED
APR 19 2016
D.S.

05 APR 2016 PM 5 L

Handschu Settlement
Clerk's Office, U.S. District Court
500 Pearl St.
NY, NY 10007

1000713608

FOREVER
USA