

**Davis Wright Tremaine LLP**

RECEIVED
SDNY DOCKETING UNIT
2016 APR 12   PM 12: 09

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Victor A. Kovner**
212-489-8230 tel
212-489-8340 fax

victorkovner@dwt.com

April 5, 2016

<u>Via Regular Mail</u>

Handschu Settlement
Clerk's Office
U.S. District Court
500 Pearl Street
New York, NY 10007

      Re:    Fairness Hearing Comment
                Handschu v. Special Services Division
                71 Civ. 2203 (CSH)

Dear Judge Haight:

      Thank you for inviting the public to offer comments concerning the January 2016 proposal to amend the Modified Handschu Guidelines, which the court is reviewing.

      I am a member of the Class. I am a partner at the law firm of Davis Wright Tremaine LLP and until 1998 was a partner at Lankenau, Kovner & Outten, which merged with the Davis Wright firm. I specialize in First Amendment and media law. I have been active in nonprofit and civic organizations, including as a co-founder of the Media Law Resource Center, served as former Chair of the Committee on the Judiciary and the Committee on Communications and Media Law of the Association of the Bar of the City of New York. I was a member and former Chair of the New York State Commission on Judicial Conduct and am a board member and former Chair of The Fund for Modern Courts.

      More pertinent to the comments I wish to offer, I am a former Corporation Counsel of the City of New York having served in that capacity in 1990 and 1991. There, I had the opportunity to deal with issues arising under the Handschu Guidelines as they existed at the time.

      I strongly support the proposed amendments to the Modified Handschu Guidelines jointly offered by Class Counsel and the New York City Police Department. I have followed the *Handschu v. Special Services Division* litigation since the Handschu Guidelines came into effect thirty years ago, since I knew and respected Professor Paul Chevigny of New York University Law School, who was leading much of the effort at the time. My work for Mayor Dinkins and Commissioner Lee Brown included representing the New York Police Department during the early years of the NYPD's operation under the Handschu Guidelines.

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com

April 5, 2016
Page 2

      I have also followed developments over the last fifteen years as this court has grappled with finding a balance to protect constitutional freedoms of New Yorkers in the contemporary complex environment. In my opinion, while there is much to be said for ensuring greater compliance with CFR, Part 23 relating to the retention of non-criminal records, on balance, the proposed amendments present sensible and clear assistance for the New York City Police Department. Incorporating explicit protections against racial, religious and ethnically motivated policing reflects values the public, the City Council and the courts have recognized as a cornerstone of constitutional policing. Creation of a Committee within the Intelligence Bureau to consult with the Commissioner of Intelligence to assure investigations have a law enforcement basis promises to help curtail excesses such as the wide and broad investigations of lawful activity in the Muslim community documented by the Associated Press and other media. And the restoration of a civilian appointed by the Mayor to participate in the process within the Police Department is an important development which will help the NYPD exercise thoughtful judgment as it carries out its public safety mission.

      Thank you for considering my comments.

                            Respectfully,

                            Victor A. Kovner


cc:    Copy via email to handschusettlement@gmail.com



**Davis Wright Tremaine LLP**

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104



NEW YORK
NY 100
02 APR '16
PM 7 L

$ 000.70⁵
02 1P
0000880923    APR 06 2016
MAILED FROM ZIP CODE 10020

RECEIVED
SDNY DOCKET UNIT
2016 APR 12 PM 12:09

USMP3
SDNY

Handschu Settlement
Clerk's Office
U.S. District Court
500 Pearl Street
New York, NY 10007

10007131608