71CV2203

Dear Judge,

I sent an email to Handschusettlement@gmail.com on April 1, 2016. I didn't receive a response from any staff person if it was received. This email is a part of the registration of comments and objections to certain laws that the NYPD and all police officers in NYS, Suffolk Cty. and Nassau Cty. are following.

I am a victim of illegal surveillance since Dec. 2012. I need your help. I have written to many state officials and Washington D.C. with no help. I have not been arrested or convicted of any crime since Dec. 2012, since this surveillance began in my home, public places, family homes, 24/7 monitoring. No legal warrant would be allowed to do surveillance past →

30 days. Its been 3 years into 4 years. I'm being tortured physically, mentally, sexual violations have occurred, sexual harassment. I have proof police are surveillancing me in my home, internet, phone, public. And my email gives all the information, including NYPD detective violations against me, CCRB/OIG NYPD letters. Complaint filed with CCRB/I.A./NYPD OIG - MAHONEY

Thank You,
Kelly Wallace

KELLY WALLACE
humanrights29@fastmail.com
#631-591-2462 (H)
1505 Aldersgate
Riverhead, NY 11901

I've been forced to move 5x's in NY, due to the non-stop crimes against me. I need your help. Thank You
Kelly Wallace

April 19, 2016
10 AM