**Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## I wish to comment in support
1 message

**dvdxtra** <dvdxtra@aol.com>
To: handschusettlement@gmail.com

Thu, Feb 11, 2016 at 4:10 AM

Barbara Handschu
Business address:
757 3rd Avenue -15th floor
New York, New York 10017
Please use email for further communications:
Dvdxtra@aol.com

Sent from my iPad
Please excuse typos

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## RSVP for Comment for 4/19 hearing
1 message

**Linda Sarsour** <lindasarsour@gmail.com>                    Mon, Feb 22, 2016 at 12:14 PM
To: handschusettlement@gmail.com

I would like to comment at the 4/19 fair hearing.

Linda Sarsour
Executive Director
Arab American Association of New York
7111 5th Avenue
Brooklyn, New York 11209

Thanks,

--
Linda Sarsour
917.306.3323
Follow me on Twitter

Sent from Brooklyn

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Gemeena M. Scruggs civil -p-23(e)
1 message

---

**gemeena brown** <gemeena10@yahoo.com>                    Sat, Mar 12, 2016 at 10:22 AM
Reply-To: gemeena brown <gemeena10@yahoo.com>
To: handschusettlement@gmail.com

I am contacting your office involving the issue with civil rights action and the issues with individuals and organization who engage or have engaged in Lawful political, educational, social or religious activity in New York City. I first want to start with I am currently residing at 200 Tillary Street Women's Shelter In Brooklyn, NY 11201. I have been in the women's shelter for a year and in half. Because The city of New York Department of Homeless stole my wallet in Philadelphia, Pa and open up a welfare case and a bank account at Astoria Federal Bank. I am self-employed, I am real estate agent and I have a substantial amount of money that I inherited. But this organizations along with other individuals thought that they were going steal my Income taxes check and purchase cars in my name with the stole drivers license. I have contacted the Office of the Comptroller of the Currency. They are aware of this issue, I have notice the sexism, racism and the religious disrespect and I took picture of the insult with the terrorism organization in the City of New York and Me and my Husband are Muslim. I am a non-violent. I am here waiting to receive some responds or reimbursement for my income taxes check. (20,000.00$ the remaining balance in the account is (6,701) I also want to say that this city government official are very corrupt. I have contacted a number of individuals and none of them have made any effort to assist me. I would like to make this clear, I am officer of the court and do not appreciate any of this behavior. If you have any question you can contact me at 215-847-5233 or my e-mail.

Thank You,

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

---

# April 19 statement
1 message

---

**Hesham El-Meligy** <meligyxxi@yahoo.com>                          Sun, Mar 13, 2016 at 9:15 PM
Reply-To: Hesham El-Meligy <meligyxxi@yahoo.com>
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

Hi,

My name and address:

Hesham El-Meligy
80 Richmond Hill Rd - 5D
Staten Island, NY 10314

I'm not sure yet if I will be able to take time off work that day, but please let me know if you don't have enough
people, especially from Staten Island.

--
Thanks,
Hesham
917-214-6245

 **Gmail**                                    **Jethro Eisenstein <handschusettlement@gmail.com>**

# Offer Comments at the April 19th Settlement Hearing
1 message

**DebbieAlmontaser1** <debbiealmontaser1@gmail.com>              Mon, Mar 14, 2016 at 8:49 PM
To: handschusettlement@gmail.com

To Whom It May Concern:

I Debbie Almontaser am requesting to be added to the list of people requesting to comment on the Handschu
Settlement on April 19th.

Thank you,


Debbie Almontaser
719 Westminster Rd.
Brooklyn, NY 11230
917-559-8480

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Comments re Handschu Settlement
1 message

**Cliff Mulqueen** <CMulqueen@otmlaw.com>                                    Thu, Mar 17, 2016 at 4:53 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "Omar Mohammedi, Esq." <OMohammedi@otmlaw.com>

Please be advised that Omar T. Mohammedi, Esq. wishes to comment on the proposed Handschu Settlement at a hearing currently scheduled before the Hon. Charles S. Haight, Jr. at the courthouse located at 500 Pearl Street, New York, New York on April 19, 2016.

Mr. Mohammedi's business address is:

The Law Firm of Omar T. Mohammedi, LLC

233 Broadway, Suite 801

Woolworth Building

New York, New York 10279

Thank you

Cliff Mulqueen

THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC

Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 801
New York, NY 10279
Phone: 212.725.3846
Facsimile: 212.202.7621
www.otmlaw.com

_____
_____

PLEASE NOTE: The information contained in this message is privileged and confidential and is intended only for the use of the individual named above and who have been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212. 725.3846.

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Comment in favor of handschu
1 message

**Jon Varela Jr** <rentnot@aol.com>                           Fri, Mar 18, 2016 at 8:21 AM
To: handschusettlement@gmail.com

Juan Varela
1656 parker st
Bronx NY 10462

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Extend the comment time and geographic notice. Punish NYPD that have violated 1st Amendment.

1 message

**Harry B. <h.bubbins@gmail.com>**          Sat, Mar 19, 2016 at 12:30 AM
To: handschusettlement@gmail.com

Extend the comment time and geographic notice. I do not enough time to share information about this proposed settlement with the many people across the country and the world, let alone NYC, that are impacted by NYPD activities and spying.

There is not enough time to review best practices for protecting Constitutional Rights in the course of broad investigations that have been implemented across the country so that I can comment with a more informed point of you.

From what I have so far been able to learn on my own, the proposed settlement is inadequate, and will not fulfill the ostensible goals and should be rejected. And it seems that for any violations of law or civil rights by any member of any local, state or federal agency involved in matters pertaining to these issues, there are no repurcussions for that conduct.

The plaintiff class would be left ignorant about violations of the settlement short of revelations of an NYPD policy to violate the settlement.

There should be an equal number of civilian and police department members of the committee, including a sitting member from the Public Advocates office, the Speaker's office and the Comptroller's office.

Mandatory attendance of top NYPD officials at monthly meetings at which the civilian lawyer appointed by the Mayor can ask questions regarding proposed openings of investigations should be required, rather than optional, as allowed in the proposed settlement.

There is so much more that I do not have time to learn more about and make a more informed statement to the Court in the very limited timeframe.

Moving forward the Court should reject the current proposed settlement and mandate greater inclusivity and outreach about it all so that a more appropriate settlement is crafted.


--
Harry Bubins



Jethro Eisenstein <handschusettlement@gmail.com>

# Proposed settlement is insufficient
1 message

**Olaf Bertram-Nothnagel** <olafgbn@yahoo.com>                     Sat, Mar 19, 2016 at 12:33 PM
Reply-To: Olaf Bertram-Nothnagel <olafgbn@yahoo.com>
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

To Judge Haight, the court, and whomever it may concern,

Thank you for your work and attention to the civil liberties of New Yorkers. I write quickly to express my disappointment with and opposition to the proposed Handschu settlement. The infiltration and surveillance of legitimate political activity is often damaging to the exercise of constitutional rights, whether intentionally or not, as I have witnessed on more than one occasion. Therefore any infiltration and surveillance of political activity should only be undertaken under the strictest of circumstances. The proposed settlement's guidelines are insufficient in a number of ways, including:

1. They encourage excessive and unnecessary use of these repressive(intentionally or not) surveillance and infiltration tactics. The restrictions on their use on political groups should be greater than currently specified, and
2. The settlement should prohibit the use of tactics damaging and intimidating to the exercise of civil liberties and fundamental rights without clearer justification, i.e. "unlawful" is overly broad. Many minor forms of civil disobedience, for example, would not justify the expense and harm incurred by some of the permitted tactics.
3. The settlement should hold violations of the guidelines and violators of civil liberties accountable.
4. The Handshu Committee must include much greater civilian representation. Given the expense and nature of the work it oversees, there should be at least one member representing each of the Comptroller's and Public Advocate's offices. Attendance by all members of the committee should be obligatory.

Apologies for the hastiness of these comments. I thank you again for your efforts.

Sincerely,

Olaf Bertram-Nothnagel
39 St. Mark's Place
Brooklyn, NY 11217

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## My concern for the record
1 message

**Roger** <rjhnyc@yahoo.com>　　　　　　　　Mon, Mar 21, 2016 at 9:28 PM
Reply-To: Roger <rjhnyc@yahoo.com>
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

You know-
the right hand and the left hand work together to carry the weight of the load when its too heavy to carry on your back.
The left hand needs the right hand's assistance just as the vice versa.
They have to work together.
When the right hand goes to far to the right, well it doesn't really help with the cause because it is too far removed from the action, and away from the left.
Too far away when it goes too far to the right.
And visa versa.
The right hand has to be in sync with the left hand to carry the load.
Otherwise it just isn't helpful.
It is unbalanced.
A heavy load can not be contained by an unbalanced basket.
Capich'e?
The Handschu Settlement has to balance the load between the left and the right hand when it is wrong.
Again, too far to the right is wrong.
Balance the load.
Equal the load.
Equal Justice for the hands.
They must work together to balance the load.
Roger Hernandez Jr.

"The real and lasting victories are those of peace, and not of war." - Ralph Waldo Emerson

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## MuBANY
1 message

**Atif Rehman** <muslimbarny@gmail.com>                      Thu, Mar 24, 2016 at 7:30 AM
To: handschusettlement@gmail.com

The Muslim Bar Association of New York would like to register to provide testimony.

Address:
Po box 2244
New York, NY 10185

Thanks,

Atif Rehman
President
Muslim Bar Association of New York

 **Gmail**                                   **Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration for comment on proposed settlement
1 message

**john.loranger@live.law.cuny.edu** <john.loranger@live.law.cuny.edu>          Thu, Mar 24, 2016 at 10:42 AM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

To whom it may concern,

I would like to register to comment on the proposed  settlement.

My address is:

John Loranger
39-86 47th St. Apt. B32
Sunnyside, NY 11104


Thank you,


John Loranger

J.D. Candidate, Class of 2018

CUNY School of Law

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Comments on Handschu Settlement
1 message

**Frederic Jennings** <fjennings@law.fordham.edu>                    Thu, Mar 24, 2016 at 11:39 AM
To: handschusettlement@gmail.com

This settlement is a good start, but does not go far enough to incentivize better behavior by the NYPD. A higher settlement, or an opportunity for the Court to hear damages arguments regarding the fundamental rights violations the plaintiffs suffered, would be more appropriate. Any settlement should be sufficient to deter future violations, and this amount does not leave a dent large enough to guarantee the NYPD will cease this type of activity.

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Comment from the Brennan Center for Justice
1 message

**Price, Michael** <PriceM@mercury.law.nyu.edu>                   Fri, Mar 25, 2016 at 11:49 AM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "Patel, Faiza" <PatelF@mercury.law.nyu.edu>, "Koushik, Meghan" <koushikm@mercury.law.nyu.edu>

Dear Judge Haight:


The Brennan Center for Justice at NYU School of Law wishes to comment in support of the proposed Handschu settlement. The substance of our comment is attached as a PDF to this email, as we will be unable to attend the April 19 hearing in person. If you need any additional information, please do not hesitate to contact us.


Respectfully submitted,


Michael Price

Counsel, Liberty & National Security Program

Brennan Center for Justice

161 6th Ave., 12th Floor

New York, NY 10013

michael.price@nyu.edu

(646) 292-8335




This message contains information that may be privileged, confidential, or contain attorney work-product. If you are not the intended recipient, any disclosure, copying, distribution, or use of this information is prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete it from your system. Thank you.


 **160324 - Raza Testimony Final.pdf**
1085K

BRENNAN
CENTER
FOR JUSTICE

Brennan Center for Justice
*at New York University School of Law*

161 Avenue of the Americas
12th Floor
New York, New York 10013
212.998.6730  Fax 212.995.4550
www.brennancenter.org

March 24, 2016

<u>**By Email**</u>

The Honorable Charles S. Haight, Jr.
Senior United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Testimony of the Brennan Center for Justice at New York University School of Law in Support of the Proposed <u>Handschu</u> Settlement Agreement**

At the Court's invitation, the Brennan Center for Justice at New York University School of Law ("Brennan Center") offers the following testimony in support of the proposed settlement agreement in <u>Handschu v. Special Services Division</u>, 71 Civ. 2203 (CSH), and the related case of <u>Raza v. City of New York</u>, 13 Civ. 3448 (PKC) (JO). The Brennan Center appreciates the opportunity to share its views with the Court on this important matter.

The Brennan Center is a non-partisan public policy and law institute focused on fundamental issues of democracy and justice, including the intersection of national security and civil liberties. The Center's Liberty and National Security Program seeks to ensure that our nation's commitment to national security respects constitutional values and the rule of law

1

through in-depth research, innovative policy recommendations, litigation, and public advocacy. The Brennan Center is particularly concerned with the effects that surveillance programs targeting Muslim communities have on privacy, First Amendment freedoms, and the Equal Protection Clause.

As part of this effort, the Center has researched and published a series of reports on how law enforcement and intelligence agencies collect, share, and retain information about Americans for national security purposes. Three of these reports examine the practices of the New York City Police Department ("NYPD") at issue in this case. See Michael Price, National Security and Local Police (2013); Faiza Patel & Andrew Sullivan, A Proposal for an NYPD Inspector General (2012); Faiza Patel, Rethinking Radicalization (2011).

Beginning in 2007, the Brennan Center received complaints of aggressive intelligence activities in Muslim neighborhoods in New York City. At the same time, the NYPD released a report titled *Radicalization in the West*, which claimed the ability to identify would-be terrorists by keeping tabs on whether young Muslim men started praying, grew beards, or stopped smoking and drinking. The Brennan Center worked with American Muslim communities to push back on this flawed narrative and debunk this conveyer-belt theory of radicalization as unscientific, ineffective, and discriminatory. See Patel, Rethinking Radicalization at 1; see also Muslim American Civil Liberties Coalition (MACLC), Counterterrorism Policy: MACLC's Critique of the NYPD's Report on Homegrown Radicalism 8-10, 15 (2008).

It was not until 2011, however, that the full extent of the NYPD's Muslim surveillance program came into relief. A series of Pulitzer-Prize winning Associated Press reports suggested that the NYPD had subjected American Muslim communities to widespread surveillance on the basis of their religion. In response, the Brennan Center called for the creation of an independent

oversight body with broad authority to oversee the NYPD's operations and a mandate to protect civil liberties and civil rights. See Patel & Sullivan, A Proposal for an NYPD Inspector General at 20; see also Price, National Security and Local Police at 40. The Center partnered with a diverse coalition of New Yorkers to advocate for this important reform, which resulted in passage of the Community Safety Act, (Local Law No. 71 [2013] of City of N.Y., codified as Administrative Code of City of N.Y. § 14-151), and the creation of the Office of the Inspector General for the NYPD.

Most recently, the Brennan Center filed an *amicus* brief with the Third Circuit Court of Appeals in Hassan v. City of New York, 804 F.3d 277 (3d Cir. 2015). The Center pointed to the NYPD's long history of targeting disfavored groups for surveillance based on First Amendment-protected activity as well as the Department's recent surveillance of Muslims based on crude and scientifically unsound stereotypes of Islam. The court found that Muslim plaintiffs in New Jersey have standing to bring claims against the NYPD for violations of the Equal Protection Clause of the Fourteenth Amendment as well as the Free Exercise and Establishment Clauses of the First Amendment due to the Department's surveillance activities in New Jersey. Id. at 309.

In keeping with this focus on NYPD oversight and accountability, the Brennan Center has closely followed developments in the Handschu and Raza cases. We are therefore pleased to offer the Court our assessment of the proposed settlement agreement, drawing on years of research, advocacy, and work with Muslim communities impacted by NYPD surveillance activities. The Brennan Center believes that the proposed terms include meaningful changes to the rules governing NYPD investigations of political and religious activities ("The Handschu Guidelines"), and for the following reasons, we respectfully urge this Court to approve them.

1.      Creation of a "Handschu Committee" and Civilian Representative

The proposed settlement creates a "Handschu Committee" responsible for reviewing all ongoing investigations involving political and religious activity, on a monthly basis. This is the most substantial improvement to the Handschu Guidelines in the agreement, and the Brennan Center endorses it wholeheartedly.

The original Handschu Guidelines, approved by the court in 1985, established the "Handschu Authority," a three-member body responsible for authorizing intelligence investigations that involved political activity. The Authority included one civilian and served as an important check against investigations lacking "specific information" that the targets were involved in criminal conduct. Handschu v. Special Servs. Div., 605 F. Supp. 1384, 1409-1410 (S.D.N.Y. 1985), aff'd, 787 F.2d 828 (2d Cir. 1986). But in 2003, citing terrorism concerns, the City successfully moved to abolish the Authority's approval function and loosen the rules for NYPD intelligence investigations. Handschu v. Special Servs. Div., 273 F.Supp.2d 327 (S.D.N.Y. 2003).

The proposed agreement envisions a welcome return of civilian oversight: The Handschu Committee would include a "Civilian Representative" appointed by the Mayor who is entitled to attend monthly intelligence briefings and have access to the investigative statements justifying each proposed opening, extension, or closing of an investigation. During these meetings, the Civilian Representative may ask questions and offer opinions. Most importantly, the Representative must record objections to any investigation that violates the Handschu Guidelines and bring such an investigation to the attention of the Police Commissioner. The Commissioner, in turn, is required to "inquire into the investigation and report the findings of the inquiry to the Civilian Representative." And finally, if the Civilian Representative becomes aware of

systematic and repeated violations of the Guidelines, he or she is required to bring them to the attention of this Court and provide notice to counsel in this case.

We recognize that this structure is significantly different from the original Handschu model. Most importantly, unlike the original Handschu Authority, the new Handschu Committee serves a monitoring rather than an authorizing function. We believe this change is offset by the "whistleblower" role assigned to the Civilian Representative: she must report violations of the Handschu Guidelines to the Police Commissioner and, if necessary, to the Court and class counsel. This should give the Civilian Representative sufficient leverage to help prevent the kind of abuses that led to litigation in the first place. At the same time, the NYPD retains the discretion and the ultimate authority to decide what operations are necessary for accomplishing its mission.

We are, however, concerned that the proposed settlement would allow the Mayor to phase out the Civilian Representative after five years, particularly since the proposed settlement permits certain investigations to carry on for three or five years. The Brennan Center is of the view that robust civilian participation in oversight can only strengthen the NYPD by providing a neutral, unbiased opinion on its adherence to rules that are meant to safeguard critical Constitutional rights.

### 2. Threshold for Investigative Activity

Under the current version of the Handschu Guidelines, low-level investigative functions like "Checking of Leads" or "Preliminary Inquiries" require the NYPD to have some information indicating the possibility of unlawful activity. Under the proposed settlement agreement, that rule would remain unchanged for Checking of Leads, but the requirements would increase for

Preliminary Inquires. The new rules require that any predicate information also be "articulable and factual."

The addition of this language to the Handschu Guidelines is a positive step. Requiring law enforcement officers to articulate specific facts supporting their suspicion that criminal activity is afoot imposes rigor on police and guards against the use of bias or stereotypes. See Terry v. Ohio, 392 U.S. 1, 21 (1968) ("Anything less would invite intrusions upon constitutionally guaranteed rights based on nothing more substantial than inarticulate hunches …"); see also Price, National Security and Local Police at 14-16. The Center is concerned, however, that this predicate information need not be "verified as true or accurate" in order for an investigation to proceed. While some leeway may be necessary for investigators to determine the validity of a tip, the Brennan Center respectfully encourages this Court to clarify that the NYPD may not conduct investigations based on patently incorrect information. To this end, the Brennan Center wholly supports the NYPD's agreement to remove *Radicalization in the West* from its website. This Court is also requested to ensure that the NYPD has a clear understanding that investigations may not be based on the religious affiliation or stereotypes about Muslims.

### 3. Investigation Duration

The current Handschu Guidelines govern the permissible duration of investigations involving First Amendment activities. Checking of Leads, for example, must be "prompt and extremely limited." Preliminary Investigations can last for six months, followed by unlimited three-month renewals. Full Investigations and Terrorism Enterprise Investigations may be authorized initially for one year, but are eligible for unlimited one-year extensions.

The proposed settlement does not change these investigative timelines. It does, however, attach a "presumptive duration" to each of them. Under the proposed scheme, Preliminary

Inquiries would last 18 months; Full Investigations would last three years; and Terrorism Enterprise Investigations would last five year – presumptively. The Deputy Commissioner for Intelligence retains sole discretion to override these parameters. Nonetheless, they provide observable benchmarks to assess whether a particular investigation has gone on too long without hindering law enforcement efforts. For this reason, the Brennan Center supports these proposed modifications to the Handschu Guidelines.

4.       **Choice of Investigative Technique**

The proposed settlement includes two important changes to the way the NYPD conducts authorized investigations. Under the existing rules, the Department can use any lawful investigative technique permitted by the Handschu Guidelines, including the "use of confidential informants, undercover activities and operations, eavesdropping and video surveillance …, pen registers and trap and trace devices, consensual electronic monitoring, and searches and seizures." The proposed agreement leaves these tactical decisions to the discretion of the NYPD, but it also requires the Department to consider "the potential effect on the political or religious activity of individuals, group or organizations and the potential effect on persons who, although not a target of the investigation are affected by or subject to the technique." This is no minor change. It alters the surveillance calculus and has the potential to help guard against the use of overbroad tactics. In particular, it may discourage techniques that would subject all members of a mosque, community organization, or student group to unnecessary surveillance if an individual is the only intended target.

The settlement would also change the rules for undercover operations, which have sown distrust and alienated the very communities that the NYPD looks to for cooperation. <u>See</u> Muslim American Civil Liberties Coalition et al., <u>Mapping Muslims: NYPD Spying and Its Impact on</u>

American Muslims 37 (2013). Under the proposed agreement, an undercover officer or confidential informant could be deployed for an initial 90 days instead of 120. Moreover, the NYPD must first determine that "the information sought in the investigation could not be reasonably obtained in a timely and effective way by a less intrusive means." This "less intrusive means" requirement has the potential to reduce the NYPD's overreliance on undercover officers and informants. In this light, the Brennan Center supports this modification to the Handschu Guidelines.

### 5. Data Retention

The settlement agreement is silent on a potentially critical issue: data retention. Under existing rules, the NYPD may not retain intelligence information that does not relate to unlawful activity. Yet the NYPD does not appear have any policies or procedures in place to purge information from its files, such as the records created by the so-called "Demographics Unit," which was disbanded in 2014. See Galati Dep. 127:8-129:7 June 28, 2012; see also Matt Apuzzo & Joseph Goldstein, New York Drops Unit That Spied on Muslims, N.Y. Times, Apr. 16, 2014, at A1.

The proposed settlement does not contain an explicit mechanism for deleting intelligence files on innocent New Yorkers and their political or religious activities. This Center therefore respectfully requests this Court to inquire as to the NYPD's rules or procedures to audit its cache of intelligence files and purge those that may not be lawfully kept.

### 6. Protection of Constitutional Rights

Finally, the proposed settlement agreement would add two policy statements to the Handschu Guidelines that explicitly protect religious freedom. The first statement provides for "the right to be free from investigation in which race, religion, or ethnicity is a substantial or

motivating factor." The second statement declares that investigations should not "intrude upon rights of expression or association in a manner that discriminates on the basis of race, religion or ethnicity, where such discrimination is a substantial or motivating factor for the investigation." The Brennan Center strongly supports these changes to clarify that the NYPD must base its investigation on facts, not religion.

Although the NYPD maintains that it already follows these standards as a matter of internal policy, their inclusion in the Handschu Guidelines would give them the force of law and prevent the Department from changing its policy at will. Additionally, they would provide important standards for the Handschu Committee, the Civilian Representative, and this Court to evaluate NYPD investigative activities. Likewise, other oversight bodies, including the NYPD Inspector General, would be able to rely on them as well.

\*    \*    \*

In sum, the Brennan Center believes that the proposed settlement agreement includes concrete rules and mechanisms that are designed to ensure that the NYPD retains sufficient flexibility to fulfill its public safety mandate while ensuring that it's surveillance operations respect Constitutional rights. It should be approved by this Court.

Respectfully submitted,

Faiza Patel
Co-Director, Liberty & National
  Security Program
Brennan Center for Justice
161 Avenue of the Americas, 12th Floor
New York, NY 10013
(646) 292-8325
faiza.patel@nyu.edu

Michael Price
Counsel, Liberty & National
  Security Program
Brennan Center for Justice
161 Avenue of the Americas, 12th Floor
New York, NY 10013
(646) 292-8335
michael.price@nyu.edu

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## comment registration
1 message

**mjw** <mail2mjw@gmail.com>                                              Fri, Mar 25, 2016 at 4:35 PM
To: handschusettlement@gmail.com

Kindly register for comment on the settlement:

M.J. Williams
200 Clinton Street, Brooklyn, NY 11201

Thank you.


--
M.J, Williams.....................
   mail2mjw@gmail.com
   415.302.7648 (mobile)
   347.471.1447 (Google voice)
   mj.williams (skype)

 **Gmail**                                    **Jethro Eisenstein <handschusettlement@gmail.com>**

---

# Fwd: Delivery Status Notification (Failure)
1 message

**Baxter Thomas** <livingfaith01@gmail.com>                     Fri, Mar 25, 2016 at 5:44 PM
To: handschusettlement@gmail.com

---------- Forwarded message ----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Fri, Mar 25, 2016 at 5:43 PM
Subject: Delivery Status Notification (Failure)
To: livingfaith01@gmail.com

Delivery to the following recipient failed permanently:

    handschusettlement@gmail.comor

Technical details of permanent failure:
DNS Error: 109430096 DNS type 'mx' lookup of gmail.comor responded with code NXDOMAIN
Domain name not found: gmail.comor

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:date:message-id:subject:from:to;
    bh=TGsrSbJF0D+9Ar8RVnosEJLEB8AshiwafnJhtPxVNk0=;
    b=mF/rQnvRVglZ/uDMPseNHU9/rNw1b2WGfsBe0OLuAk6syyuh4/R71Tvqj/aNdA/vir
    iMEIZg9Xd7UOfJgpvM5QTwP0WlMbjAmCRQ86Z9+diJtZnko2kyI3BbjhsjA3gDxoucYP
    MosAEJWL7DuK6WnVOjZOdQsKzkca81Lm2Gb+V4nDJ0D0URYVmJKv2MYoBwzmig2SPbn3
    oISAJarRy6v5waeZo1dTpRZDvXmLjeAfcB4Og7PTo9YZ8CJ4D8zGUNHufyNM3FP63OQH
    eS3lUsdfpn6X5+T88mJ9RdzmB7mtijXJZi4f0RR78YU+PIqtspP1QkjEGJi3NC2VKeGa
    dVow==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20130820;
    h=x-gm-message-state:mime-version:date:message-id:subject:from:to;
    bh=TGsrSbJF0D+9Ar8RVnosEJLEB8AshiwafnJhtPxVNk0=;
    b=RFzub28XcLGWhzVSDx4nZtm4FGHGt0TeRX1Z81H5bFXAdrspwOu2rOMfuy3sQcOMzo
    GKb460SPL24XPfscSGNKXImQ/wbaYdirOAF2+q+TQJK7crZFhNR/gVE6vIbcbZBSdXBf
    i/eeJHNqliOLJuUqEKM0mxLjqtlmU3EbKxDNNCp8GA/5y22JwEXg1cCP+XUJxAQ1gjDw
    rWDvO/rIA2sn7Z6S4gwI9Wjtf2Z6tJaxkFAExWX8XgYYpZvsECdFW9FMZGArN4P8FGpd
    XH88uUSvZCuVmSYvzZx5kvi2/50/CQOwek7IQjEOKNZ7CvxpgrIBh+/5h8hg2o8sqjF1
    IE+g==
X-Gm-Message-State: AD7BkJKmC9dd2Qg66IKW9VDbIdDFXPwCTT4TFxSFYnewVbCAkKanGbokscTs
lkxP5wKkT3xOm3sgatefTCpr6Q==
MIME-Version: 1.0
X-Received: by 10.157.15.163 with SMTP id d32mr8008165otd.20.1458942237631;
 Fri, 25 Mar 2016 14:43:57 -0700 (PDT)
Received: by 10.202.83.138 with HTTP; Fri, 25 Mar 2016 14:43:57 -0700 (PDT)
Date: Fri, 25 Mar 2016 17:43:57 -0400
Message-ID: <CAK4VDeu_LdjFAoYdMnoTFbMiYAUaOMzOf+O00eZq26ezeHbW8Q@mail.gmail.com>
Subject: 71 CIV-2203
From: Baxter Thomas <livingfaith01@gmail.com>

To: handschusettlement@gmail.comor
Content-Type: multipart/mixed; boundary=001a113d0f04d3ff6e052ee67540

March 25, 2016

To whom it may concern,

I am a victim and would like to be heard on this matter, and am forwarding
my FBI complaint and will follow-up next week, with other information and
Affidavit.

Divine Consultant
Baxter A. Bey
C/O P.O. Box 7849
New York, New York 10116
(646) 676-7940

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Opposed to the Settlement
1 message

**Bradley** <bradley.maleh@gmail.com>                                    Sat, Mar 26, 2016 at 6:02 PM
To: handschusettlement@gmail.com

As a nyc resident, citizen, and activist, I am deeply opposed to the proposed Handschu settlement on the
grounds *that it is continues to give the NYPD far too*
*much power to continue it's unconstitutional surveillance of U.S. citizens.*

The plaintiff class would be left ignorant about violations of the settlement short of revelations of an NYPD policy
to violate the settlement. This is absurdly unrealistic and is an obvious backdoor way to continue the
department's illegal spying.

There should be an equal number of civilian and police department members of the committee, including a sitting
member from the public advocate's office.


Sincerely,
Bradley Maleh

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# public comments about the Handschu settlement
1 message

**Omar Scott Antar** <o.antar1111@gmail.com>                                    Sat, Mar 26, 2016 at 7:14 PM
To: handschusettlement@gmail.com, omar antar <o.antar1111@gmail.com>
Cc: "Omar Mohammedi, Esq." <omohammedi@otmlaw.com>, Len Levitt <llevitt@nypdconfidential.com>, Leonard
Levitt <llevittnypd@yahoo.com>, "levitt@nypdconfidential.com" <levitt@nypdconfidential.com>, Jameel Jaffer
<jjaffer@aclu.org>, Franklin Siegel <franklinsiegel@yahoo.com>, cdunn@nyclu.org, dlieberman@nyclu.org,
ptoomey@aclu.org, hshamsi@aclu.org, MHirose@nyclu.org, jdoyle@andersonkill.com

As per this public notice, I wish to comment about the Handschu settlement (and more if I could), in preparation
for the hearing which will be held before the Hon. Charles S. Haight, Jr., at the courthouse, 500 Pearl Street,
New York, NY 10007 on April 19, 2016 at 10 a.m.

My name and address is:

Omar Scott Antar
249B Sterling Hill Road
Moosup, CT 06354

Thank you very much.
Sincerely,
Omar Scott Antar

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# National police covert surveillance and Harassment
1 message

**matthew mitchell** <matthewm431@gmail.com>                     Sat, Mar 26, 2016 at 11:25 PM
To: handschusettlement@gmail.com

Im a victim of this type of covert surveillance and i wish to make a statement since New York police dept set
standards for law enforcement across the nation. And im a victim of it here in oklahoma city and i wish this court
grant me the right to tell my story as a victim and to wish my statement to be read and considered by the court.
Here is my info and i will be waiting for the ok to tell my story. Here is my info.
Matthew Mitchell
4020 n Meridian ave apt c32
oklahoma city okla 73112
matthewm431@gmail.com
please grant me the ok to be heard...
Thank You.



**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registering to Comment on Proposed Handschu Settlement

1 message

**Amy Wagner** <yayanetnyc@aol.com>                                                Mon, Mar 28, 2016 at 9:47 PM
To: handschusettlement@gmail.com

As a member of a Member of the Handschu Class, I am writing to register to comment on the proposed settlement.

Thank you,
Amy Wagner
Director
YA-YA Network (Youth Activists-Youth Allies)
224 W. 29th St. 14th Fl.
New York, NY 10001

First, on page 8 of the Proposed Modifications to the Handschu Guidelines:
D. Terrorism Enterprise Investigation
1. General Authority
b.
**(ii)** killing or injuring public officials, or destroying public facilities, or defying lawful authority;

This language is unchanged from the existing Handschu Guidelines and urgently needs to be revised. Lumping in "defying lawful authority" with killing is absurd. More importantly, the term is so vague and the activities that fall under it so diverse as to allow an investigation to be opened on nearly every activist organization. Under this language if Black Lives Matter organizes a march without a permit in response to yet another police murder, War Resisters League organizes a sit in at a recruiting station or a member of Cop Watch refuses an order to stop filming police brutality, there would be grounds to open a Terrorism Enterprise Investigation of those organizations.

While these examples may seem far fetched, there have been numerous examples of just this type of violation in the past. This language needs to be changed to prevent this type of abuse of power and invasion of privacy in the future.

Second, on page 11, the new agreement on the creation of the Handschu Committee is completely toothless. Of special concern are sections (e), (f) and (g).
-In the face of violations of civil rights, the only recourse is for the lone civilian representative to "record his or her objections" and to "bring such investigation to the attention of the Police Commissioner" who will "inquire" about it to the committee made up of police officials. Then what?
-If there are systematic and repeated violations of this settlement, the Police Commissioner and Deputy Commissioner of Intelligence have a week to clean house before the report of these violations can be given to the judge and the Class Counsel may never see the report at all.
-How many cases are required to demonstrate "systematic and repeated violations" and what if the civilian representative finds a single, yet extreme violation which they believe needs to be brought to the attention of the court and/or Class Counsel?
-What penalties would be imposed in the event that the court finds that these violations have occurred? Are these penalties sufficient to discourage such violations? What exactly is the effect of holding the NYPD as an institution in contempt of court? What individuals would ultimately be held responsible?

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## ADC Register for Comments to Handschu case settlement

2 messages

**Yolanda Rondon** <yrondon@adc.org>                    Tue, Mar 29, 2016 at 5:01 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "legal@adc.org" <legal@adc.org>

Good Evening:

The American-Arab Anti-Discrimination Committee (ADC) seeks to register to submit comments to the Handschu case settlement.

Thank you.

Respectfully,

Yolanda C. Rondon, Esq.

ADC Staff Attorney

American-Arab Anti-Discrimination Committee

202-244-2990

STATEMENT OF CONFIDENTIALITY:  This message is being sent by an attorney.  The contents of this email message and any attachments are confidential and are intended solely for the addressee.  The information may also be legally privileged.  This transmission is sent in trust, for the sole purpose of delivery to and use by the intended recipient.  If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited.  If you are not the intended recipient, you should immediately stop reading this message and delete this message and its attachments, if any. You should immediately notify the sender by reply to this email. Email is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521 and is legally privileged. Any unauthorized reading, distribution, copying or other use of this communication, or its attachments, is strictly prohibited.

**Yolanda Rondon** <yrondon@adc.org>       Wed, Mar 30, 2016 at 12:53 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "legal@adc.org" <legal@adc.org>

The American-Arab Anti-Discrimination Committee (ADC) seeks to register to submit comments to the Handschu case settlement.

American-Arab Anti-Discrimination Committee

1990 M Street NW Suite 610

Washington DC 20036

Respectfully,

Yolanda C. Rondon, Esq.

ADC Staff Attorney

American-Arab Anti-Discrimination Committee

202-244-2990

STATEMENT OF CONFIDENTIALITY:  This message is being sent by an attorney.  The contents of this email message and any attachments are confidential and are intended solely for the addressee.  The information may also be legally privileged.  This transmission is sent in trust, for the sole purpose of delivery to and use by the intended recipient.  If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited.  If you are not the intended recipient, you should immediately stop reading this message and delete this message and its attachments, if any. You should immediately notify the sender by reply to this email. Email is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521 and is legally privileged. Any unauthorized reading, distribution, copying or other use of this communication, or its attachments, is strictly prohibited.

**From:** Yolanda Rondon
**Sent:** Tuesday, March 29, 2016 4:01 PM
**To:** handschusettlement@gmail.com
**Cc:** legal@adc.org
**Subject:** ADC Register for Comments to Handschu case settlement

Good Evening:

The American-Arab Anti-Discrimination Committee (ADC) seeks to register to submit comments to the Handschu case settlement.

Thank you.

Respectfully,

Yolanda C. Rondon, Esq.

ADC Staff Attorney

American-Arab Anti-Discrimination Committee

202-244-2990

STATEMENT OF CONFIDENTIALITY:  This message is being sent by an attorney.  The contents of this email message and any attachments are confidential and are intended solely for the addressee.  The information may also be legally privileged.  This transmission is sent in trust, for the sole purpose of delivery to and use by the intended recipient.  If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited.  If you are not the intended recipient, you should immediately stop reading this message and delete this message and its attachments, if any. You should immediately notify the sender by reply to this email. Email is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521 and is legally privileged. Any unauthorized reading, distribution, copying or other use of this communication, or its attachments, is strictly prohibited.

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registering to Comment on 4/19
1 message

**Khalid Rehman** <klrehman@yahoo.com>                    Wed, Mar 30, 2016 at 2:24 PM
Reply-To: Khalid Rehman <klrehman@yahoo.com>
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

I would like to register to comment at the settlement in the courthouse on 4/19/2016

Khalid Rehman
343 E 74 Street # 19 A
New York, NY 10021

Tel: 646-301-1070

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

---

# 71-CIV-2203
1 message

---

**Baxter Thomas** <livingfaith01@gmail.com>                    Wed, Mar 30, 2016 at 9:32 PM
To: handschusettlement@gmail.com

March 30, 2016

United States District Court
Southern District of New York
Honorable Magistrate, Charles S. Height, Jr
500 Pearl Street
New York, New York [1007-1312

RE; Libbie Lenza, Linda Jo Ann Lew, ET.AL:

I, Baxter A. Bey, Chief Executive of Divine Consultant & Associates, Human, Constitutional Rights, Legal advocate and on behalf of the references names, and all others simply situated, petition the Federal Judicial for comments.

In the matters Raza v. City of New York; Alliance to End Repression v. City of Chicago; Handschu v. Special Services Division. Plaintiff herein Human, Civil, Constitutional federal comment issue and concern is predicated on Freedom from Covert, Overt, gang stalking, Harassment, surveillance and NSA, CIA, NYPD, FBI Domestic Intelligence gathers on U.S. citizens.

Plaintiffs is seeking comments written Affidavits, to be place on the record and for the record. Legal accountability refers to the theory under the law to find culpability such as a crime or a theory to receive money by way of a civil case. Accountability is generally the state of being liable, answerable, or accountable.

When applied to a legal context, accountability means that some legal rules exist under which a theory or claim can be made to find one liable in a civil lawsuit or culpable in a criminal matter.

As, the advocate for the plaintiff's herein, Libbie Lenza, Linda Jo Ann Lew, let the record reflect that we are seeking damages in the amount of $100 Million dollars. For gross acts of Torture, and violation of privacy laws, but not limited to the clauses cited. The right to file a lawsuit or to be an injury party in a class action lawsuit, is one of the most important rights under the constitution and laws. Notice is hereby made and  Affidavit and supporting evidences is forthwith coming.

Sincerely,

Divine Consultant &  Associates, LLC
Baxter A. Bey, Sh.D
C/O P.O. Box 7849
New York, New York [10116]
{646] 676-7940

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## the settlement hearing
1 message

**Kathleen James** <kjames@ccmnyc.org>                                    Thu, Mar 31, 2016 at 11:53 AM
To: handschusettlement@gmail.com

Harry smith 2086 2nd Avenue apt5A, Newyork, NY 10029. i would like to register to the fair hearing

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Request to register for commenting
1 message

**Majlis Ash-shura_NewYork (ILCNY)** <shuranewyork@gmail.com>                 Thu, Mar 31, 2016 at 4:34 PM
To: handschusettlement@gmail.com

To whom it may concern,

Please register the following names for comment on the Handschu settlement / fairness hearing on April 19, 2016.

1. Dr. Abdelhafid Djemil
2. Cheikh Ahmed Mbareck

Best regards,
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Cheikh Ahmed Mbareck

PhD (a.b.d.), MPA, MA (pol. sci.), MA (ling.)

**Executive Director**
Majlis Ashura (Islamic Leadership Council) of NY
www.shuranewyork.org
FB: shuranewyork
@shuranewyork
Cell: 857 222 6582

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registering

2 messages

**Billie Nelson** <billienelson19@outlook.com>                    Fri, Apr 1, 2016 at 8:57 AM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

I'd like to register with the Clerk's Office to participate in the "Handshu Settlement" Fairness Hearing April 19th, 2016.
Ms. Billie Nelson
1051 Boston Road#3A
Bronx, New York 10456
H) 718-617-5990
C) 646-730-7472
E) billienelson19@outlook.com

**Billie Nelson** <billienelson19@outlook.com>                    Fri, Apr 1, 2016 at 9:05 AM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "Dr. John C. Capozuca" <nycjcc@gmail.com>

From: billienelson19@outlook.com
To: handschusettlement@gmail.com
Subject: Registering
Date: Fri, 1 Apr 2016 08:57:44 -0400

I'd like to register with the Clerk's Office to participate in the "Handshu Settlement" Fairness Hearing April 19th, 2016.
Ms. Billie Nelson
1051 Boston Road#3A
Bronx, New York 10456
H) 718-617-5990
C) 646-730-7472
E) billienelson19@outlook.com

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Handschusettlement

1 message

---

**rita10602@yahoo.com** <rita10602@yahoo.com>              Fri, Apr 1, 2016 at 10:13 AM
To: handschusettlement@gmail.com
Cc: "rita10602@yahoo.com" <rita10602@yahoo.com>

    Please accept this notice to register to make comments or objections on the Handschusettlement. I am aware
    the deadline to register is April 5, 2016.
    Rita Patrick

    Sent from my LG G Vista, an AT&T 4G LTE smartphone

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Public Comments
1 message

**Subhan Tariq** <subhan@subhantariq.com>                     Fri, Apr 1, 2016 at 12:30 PM
To: handschusettlement@gmail.com

I would like to register to make comments on behalf of the Muslim Center of New York and the Islamic Circle of North America. My phone number is (347) 306-1911 and my address is 88-33 212 place Queens Village, NY 11427.

## Subhan Tariq, Esq.
subhan@subhantariq.com
(516)900-4LAW (4529)

Confidentiality Notice: The information transmitted in this message may contain confidential or proprietary material. It is intended only for the person or entity to whom it is addressed. If you have received this message in error, please contact the sender immediately and remove it from your and any other computer. Thank you.

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Formal Registration for participation,comments for the Court Hearing April 19, 2016

1 message

**Kelly** <humanrights29@fastmail.com>                                                    Fri, Apr 1, 2016 at 10:15 PM
To: Handschusettlement@gmail.com

Dear Judge,I am a victim of many crimes, since Dec 2012. I have written to every official in NYS and
Washington DC with no help for 3years into 4. Ive written about crimes being done to me that include 24/7 police
surveillance and fbi involvement illegally and confirmed by both, and I have not been convicted or arrested for
any crime! Ive written the Doj Oig doj and EFF (electrionic frontier foundation)and NYCLU. Suffolk County
Police, And an Nypd Detective indicated watching me 24/7 in my home,monitoring me illegally, NO PRIVACY
against surveillance laws (30days even if they had a warrant). Officers indicated personal information that they
had seen in my home. on my internet use, on my android phone, and photos saved in my phone. They were able
to control my phone photos and move them upside down remotely and POLICE have remotely been controlling
my phones. Ive been through several phones, phone number changes, due to police hacking and interference
,wiretapping devices,intentionally to abuse me , and im doing no crime. ,3 PHONE CARRIERS ON TAPE
RECORD ADMITTING PHONES BEING HACKED AND WIRETAPPED ETC.PHONE CARRIER confirming a
symbol Icon connected to.Verizon tower STUCK on phone calked black coding is a tracking symbol for
surveillance and carrier rep said only police can do this to phone. The interference includes blocking me from
viewing sites images by them remotely adding graphics to block words images on shopping websites,and during
holidays,preventing me from buying clothes food products , I need. and interference of religious
traditions,preventing buying gifts at holidays. They have shut down my video record on phone in public,they wait
at checkpoints till I pass in taxi, or ride by me,behind me,etc. They Illegally know where I am at all times!!they
hired citizens by foot and car ,under their direction,to stalk me everywhere I go.  certain model trucks vans
shuttle vans  cars are used all the time for years waiting ,revving engines,stalking me. Ive seen firemen,emts,
military veterans,and active military joining in on the stalking. I have not been arrested or convicted of any crime
since Dec 2012 also.mail tampering reported.  Nods, Horn honking , door slamming, remarks in public, by certain
citizens hired under police as mental torture abuse tactics to intimidate. POLICE are suspect to sending cop car
with flashing lights ad on my email page (saved photos)or other internet sites im looking at, half naked women
ads , sexual content emails every month for years,. Cops watching me in home by hidden cameras detected in
2013,video stolen. . Forced to move 5xs, a military police device is being used on me next to my apt,
CONFIRMED BY AN NYPD DETECTIVE in March 18 2013. I filed a comolaint with civilain complaint review
board,the IA, and Complaint sent to Mahoney of OIG NYPD. Congressman Peter King also sent letter to Police
Commissioner Webber in 2014 about police misconduct against me. IA Suffolk sarcastic on phone not helpful .
4police reports filed in Suffolk against stalking of certain hired citizens under police. FOP SEEN AND PBA also
being used as a threat. Police wrote up false repirting if me making noise in my home to try to create a false
impression that im a bad tenant,and I live alone. Police would not investigate the devices being used next to
walls of apt(which come from police dept)discrediting me. Crimes of illegal entry with locks changed at apts, by
unknown person,at every apt,stolen items,including at hotels in summer,phone interference,internet interference
blocking sites with induced graphics,REMOTE CONTROLLING MY PHONES AND INTERNET IN FRONT OF
ME SCROLLING SCREENS ON PHONE COMPUTER,COMPUTER GRAPHICS CHANGED AND ON
INTERNET SITES, CERTAIN HARRASSMENT ADS INTENTIONALLY BEING PLACED ON EMAILS AND
OTHER SITES AMAZON,EBAY ETC. CONTROLLING REAL ESTATE RENTAL SITES OF WHERE I WANT TO
LIVE, BLOCKING CERTAIN TOWNS FOR ME TO LIVE IN. Computer disk stolen,photos deleted,folder in my
yahoo email deleted and backup copy of sexual emails sent to me were deleted on March 30,2016 in my home
when I wasnt there. Chemicals sprayed in apt when not home. witness at doctors office of unknown stalkers with
no appointments, obtaining info that us against hipaa laws. Witness by pizza delivery guy handing me a receipt
with folded corner--- this folded corner has been done to papers in my home for 3-4YEARS,bypolice illegally
coming in.my home reading my files pulling files out and putting folds on corners of documents. The male
witness told me police officer came up to him and told him to fold the corner of receipt and hand it to me. Also
folded corner of paper next to my body found after being drugged(fridge drink)and raped March 29,2013. Unsure
If cop or next door neighbor(suspect)did rape. Followed into 2states by hired citizens and other cops waiting at
checkpoints and targeting me. A harmful confirmed militaey poluce device is emitting radiation by signals, EMF

thru the walls of my apt 24/7 jolting vibrating buzzing electtic shocks poking pushing grabbing my body parts,my private parts and a DOH EXPERT ALBANY NYS Jerry Collins agreed in a response letter and.by phone conversations that this device is emitting EMF and it is a Malicious act by my neighbors who are working with police to do this to me and keep it covered up. THE FCC claimed it was microwave technology being used from this device, and said contact the Fbi. and EPA also agreed it is EMF, should be reported and testing of radiation signal levels should be done. The device has caused injuries to my hands fingers arms left ear infectiins holes in skin ,skun burn sores all over body,Face, thousands of scars. discrimination,physical threats of harm,sexual harassment,mental torture,17plus rapes have occurred(unknown rapists). kelly Wallace 1505 aldersgate riverhead NY 11901. (631)5912462. What has been done to me,and the use of this device is true and correct

--
Kelly
humanrights29@fastmail.com

 **Gmail**       **Jethro Eisenstein <handschusettlement@gmail.com>**

## Comments on the Proposed changes to Handschu Settlement
1 message

**Peace Ollah** <myrosaparksmoment@gmail.com>       Sat, Apr 2, 2016 at 2:58 PM
To: handschusettlement@gmail.com

Jaami T. Ali
PO Box 650044
193-04 Horace Harding Expy
Fresh Meadows, NY 11365

Handschu Settlement
Clerk's Office
500 Pearl Street
New York, NY 10007

March 26, 2016

Re: Proposed Changes to the Modified Handschu Guidelines

With regards to the proposed changes to the modified Handschu Guidelines, I feel the proposal to include a or one civilian representative is an insufficient number of persons tasked to review cases on an impartial basis. The simple fact that  New York City is a target city, home to over 8.3 residents, and NYPD notoriously known for being the recipient of numerous racial and religious racial profiling complaints should be reason enough to increased the number of civilian representatives. There should be several civilian representatives retained to perform two tasks: review caseloads and to inform the public via outreach activities that a committee exists to investigate conflict of interest complaints regarding African Americans racial profiling incidents involving the NYPD and islamic based motivated investigations related to terrorism.

The commission should staff based on the projected number of complaints which I imagine should be numerous. If the projected number of complaints funneling through the commission's desk is expected to be suffice for one person to review than the projected caseload is not representative of the real number of complaints because it is not aligned with reality.

Moving forward, ensuring that this commission is successful in implementing Handshu guidelines for the benefit of the affected class, I think the body of persons making up that board should be as diverse as the population they will represent.  I say this because I am targeted by police because I am pro black and a pro black artist, yet targeted by middle easterners, African Americans, Latinos, Indians because of my political ideologies and activities. Yet, I am 100% positive if in the presence of parties affected by the settlement those persons would work either directly or indirectly with police on a covert level using homeland security tools such as the Stingray to redline me for torture censorship and profiling.

Therefore, as you can see the need for careful screening of a civilian representative is of most importance because if the right persons judge from the commission then persons such as myself whom plan political activities regarding 911 and Directed Energy Assaults who do come into question for our rhetoric can get a fair hearing and justice.

Sincerely,


Jaami T. Ali

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Like to register
2 messages

**Abdul Aziz Bhuiyan** <aab1204@hotmail.com>                    Sat, Apr 2, 2016 at 11:19 PM
To: handschusettlement@gmail.com

Please be informed that I would like to make comments on this settlement.
Thank you
Abdul Aziz Bhuiyan
917-945-6044
Sent from my iPad

**Abdul Aziz Bhuiyan** <aab1204@hotmail.com>                    Sat, Apr 2, 2016 at 11:20 PM
To: handschusettlement@gmail.com

My address is 301 Covert Ave, New Hyde Park, NY 11040

Sent from my iPad
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Registration with the court AT HANDSCHU APRIL 19 FAIRNESS HEARING
1 message

**David Kollo** <dkollo1@gmail.com>                                                Sun, Apr 3, 2016 at 9:55 AM
To: handschusettlement@gmail.com

- This concerns the aspect of over policing our City.  Because, currently, the NYPD has sufficient counterintelligence and counter-terrorism capability within its own ranks and does not need any special divisions. Therefore, the Special Response Group should be disbanded and a commitment should be made against the reformation of such "intelligence" groups.


  Thank you

  Dr. David Mbangkollo



Sent from my iPhone

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration for Handschu Settlement
2 messages

---

**Ashleigh Zimmerman** <ashleigh.zimmerman@gmail.com>                    Mon, Apr 4, 2016 at 4:18 AM
Reply-To: ashleigh.zimmerman@gmail.com
To: handschusettlement@gmail.com

> Name: Ashleigh Zimmerman
> Address: 678 Prospect Pl. Apt 3B
> Brooklyn, NY 11216
>
> Can I submit my comments by email, or do I need to attend the hearing on the 19th for them to be received by
> the courts?
>
> Thank you,
> Ashleigh Zimmerman

---

**Jethro Eisenstein** <handschusettlement@gmail.com>                      Mon, Apr 4, 2016 at 10:26 AM
To: ashleigh.zimmerman@gmail.com

> Your comments can be submitted by email and will be considered by the court.
>
> On Mon, Apr 4, 2016 at 4:18 AM, Ashleigh Zimmerman <ashleigh.zimmerman@gmail.com> wrote:
>> Name: Ashleigh Zimmerman
>> Address: 678 Prospect Pl. Apt 3B
>> Brooklyn, NY 11216
>>
>> Can I submit my comments by email, or do I need to attend the hearing on the 19th for them to be received by
>> the courts?
>>
>> Thank you,
>> Ashleigh Zimmerman

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Handschu
1 message

**Harry B.** <h.bubbins@gmail.com>                    Mon, Apr 4, 2016 at 7:22 AM
To: handschusettlement@gmail.com
Cc: "Harry B." <h.bubbins@gmail.com>

Please respond in writing.


I am part of the announced class of "ALL INDIVIDUALS AND ORGANIZATIONS

WHO ENGAGE OR HAVE ENGAGED IN LAWFUL

POLITICAL, EDUCATIONAL, SOCIAL OR RELIGIOUS

ACTIVITY IN NEW YORK CITY"


I believe that

my "RIGHTS MAY BE AFFECTED BY A SETTLEMENT IN

THE HANDSCHU CIVIL RIGHTS CLASS ACTION.

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE

23(e)"


I am requesting that the hearing be rescheduled for a date further in the future.  I do not have enough time to fully review and be able to confer with colleagues and experts about the proposal and I believe that Notice has been inadequate to notify the widespread Plaintiff Class members that are not only in NYC, but all across the country and in places across the world.  I also believe that the Notice language summarizing the current proposal is misleading and does not accurately reflect the actual contents and ramifications of the proposed language.

Nonetheless I am also registering to speak at the April 19th hearing.


I am concerned that it appears that the public is not fully aware of the issues and facts at hand as it seems that the legal team huddled for over a year w/the government representatives and all claims that were raised in the huddle are supposed to be closed under the proposed settlement.


The threshold for conducting the same widely reported unconstitutional and abusive actions that have been engaged in for years is far too low: on mere unverified allegation of criminal activity, an 18-month investigation can be launched.

Similarly, a 5-year "counter-terror" investigation can be launched on basis of future planned 'criminal activity'. Stealing a candy bar? Cheating on taxes? The criminal predicate is unrelated to any 'terrorist' crime. As a result, they have great leverage against any person they could turn into or continue to manipulate as an informant.

Informants know what their handlers want. They will deliver whether true or not and more likely not. Strict restrictions on the use of informants is necessary.

What are guarantees that these behaviors won't be repeated? The many problems and abuses of this same model across the country are well documented by Project Salaam.

An investigation can be extended at the sole discretion of the Deputy Commissioner of Investigations. What if someone is n that poston that does not have the utmost respect for civil liberties? This leaves far too much to the discretion of one person or one agency.

In the current language there are no consequences for the clear Equal Protection abuses that have occurred. Meanwhile in the 3rd Circuit, the case against mapping Muslim communities goes forward. Why not here?

What happened to the information that was collected? With whom was it shared? Other police departments, Federal agencies, foreign governments? We want to know.

There are many more criticisms I do not have time to review and make informed comment on.  Please extend the comment period, have more than one public session n the middle of the work day and conduct far more out reach across the city, country and world.

Please respond in writing.

-
Harry Bubbins
PO Box 801 Bronx NY 10454

 **Gmail**                                    **Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration for 4/19 hearing
1 message

**Joo-Hyun Kang** <jkang@changethenypd.org>                     Mon, Apr 4, 2016 at 9:38 AM
To: handschusettlement@gmail.com
Cc: Michael Velarde <mvelarde@changethenypd.org>

Hi, we would like to register Communities United for Police Reform to testify at the Handschu Fairness hearing on April 19th.

Our address is
666 Broadway,  5th floor, ny, ny 10012

Though please note that we will be moving the office prior to April 19th.  Please let us know if you will require the new address.

*******

*mobile* please excuse typos & auto-correct scandals

 **Gmail**

Jethro Eisenstein <handschusettlement@gmail.com>

# Registering to make comments
1 message

**Ben Meyers** <ben.meyers@gmail.com>                    Mon, Apr 4, 2016 at 10:58 AM
To: handschusettlement@gmail.com

Greetings,

I would like to register to make comments on the proposed Handschu Settlement terms, at the public hearing on April 19, 2016. Please let me know if I need to do anything further.

I will be speaking on behalf of the Mass Defense Committee of the National Lawyers Guild, New York City Chapter.

All my best,
Benjamin Meyers
co-chair, NLG-NYC Mass Defense Committee

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registering to comment
3 messages

**mutualaid10 . <mutualaid10@gmail.com>**                          Mon, Feb 22, 2016 at 3:47 PM
To: handschusettlement@gmail.com

Good afternoon,

I would like to register to comment on the proposed settlement. My registration is not a waiver of my organization's objections to the form of settlement, raised in our 2/16 letter to Judge Haight.

Best,

Robert Jereski

---

**mutualaid10 . <mutualaid10@gmail.com>**                          Thu, Mar 24, 2016 at 10:21 AM
To: handschusettlement@gmail.com

Here's my address as well:

2 Tudor City Place, 9AS
New York, NY 10017

best,
Robert Jereski
[Quoted text hidden]

---

**mutualaid10 . <mutualaid10@gmail.com>**                          Mon, Apr 4, 2016 at 11:07 AM
To: handschusettlement@gmail.com

I am afraid I have to withdraw my registration to comment.

Robert Jereski

On Mon, Feb 22, 2016 at 3:47 PM, mutualaid10 . <mutualaid10@gmail.com> wrote:
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Declaration comments re Handschu Settlement comment period and notifications

1 message

**Jk Canepa** <jk.nycag@gmail.com>                    Mon, Apr 4, 2016 at 11:12 AM
To: handschusettlement@gmail.com
Cc: Hgenridalton@hotmail.com

Please see attached from the Coalition Against the Rockaway Pipeline, and we ask for acknowledgement that you are in receipt of this email. Thank you.

JK Canepa, Coordinator
Coalition Against the Rockaway Pipeline

📄 **Declaration by CARP for Handschu public hearing extension.pdf**
1267K

March 14, 2016

# DECLARATION for
# HANDSCHU Public Hearing
# timeframe to be extended

I, JK Canepa of the Coalition Against the Rockaway Pipeline, hereby declare as follows:

The Coalition Against the Rockaway Pipeline (CARP) is an unincorporated organization that formed to oppose the Rockaway Lateral Pipeline because of the contribution of natural gas fracking and infrastructure to catastrophic climate change, the danger to the people and wildlife of the Rockaways and South Brooklyn, already devastated by a superstorm attributable to warming oceans, and the taking of public land (Gateway National Recreation Area) by industry.

Those who joined our organization were not only climate activists; they included community gardeners, church-goers, social justice advocates, retirees, parents, businesspeople, and working-class people. We opened our doors to everyone who wished to be a part of this campaign.

We petitioned our senators and congresspeople and President Obama (we got 5000 signatures on our petitions within the first three months of our forming), we went out on the beach and to the St. Patrick's Day parade, we attended Community Board meetings and spoke out, we held forums, we appeared on the media, we handed out flyers, and we did demonstrations including one called "the Human Pipeline" at the site of the pipes lying along a major thoroughfare in Brooklyn waiting to be placed into the ground and under the water. We also crafted a 40-page comment to the regulatory agency in charge of approving the pipeline, and held a fundraiser to cover legal fees.

We suspect that one of our early members was sent in to join us simply to instigate us to behavior that the group wasn't comfortable with, and tried to escalate our plans. We also had another member who later was revealed to be a spokesperson for the natural gas industry and threatened several of us with violence in word and deed.

We elected three Coordinators to make decisions about using the group's name as a sponsor for other groups' events and endorser of petitions from other organizations. On other matters, we met regularly to make plans and decisions together.

A decision to comment in the proposed settlement before April 5, based upon a notice of hearing a mere 8 weeks before, requires more than the time provided for our organization to confer, review and consider the proposed settlement, draft comments, solicit comments from our membership, and obtain expert advice before we file them.

I declare under penalty of perjury under that the foregoing is true and correct.
Executed on March 14, 2016

JUDITH K. CANEPA          _Judith K. Canepa_          NEW YORK, NY
Name                      Signature                   City and State where signed
(JK CANEPA)               (JK Canepa)

 **Gmail**        Jethro Eisenstein <handschusettlement@gmail.com>

---

# test
1 message

---

**M.J. Williams** <mwilliams@ssbb.com>          Mon, Apr 4, 2016 at 11:16 AM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

**M.J. Williams** | **Associate** | **Satterlee Stephens LLP**

230 Park Avenue, New York, NY 10169

212.404.8720 (direct) | 212.818.9200 (main) | 212.818.9606 (fax)

mwilliams@ssbb.com | www.ssbb.com

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Fairness hearing question
2 messages

**Zohaib Mustafa** <zmusta01@gmail.com>                              Mon, Apr 4, 2016 at 11:29 AM
To: handschusettlement@gmail.com

Hi,

I am a law student in NYC that would like to attend the fairness hearing on April 14. Will it be open to the public?

Best,
Zohaib

Sent from my iPhone

**Jethro Eisenstein** <handschusettlement@gmail.com>                 Mon, Apr 4, 2016 at 4:33 PM
To: Zohaib Mustafa <zmusta01@gmail.com>

it is April 19 and it is open to the public
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Re. Case No. 71-cv-2203(CSH)
2 messages

**mark read** <mr105@nyu.edu>                                    Mon, Apr 4, 2016 at 11:54 AM
To: handschusettlement@gmail.com
Cc: Hgenridalton@hotmail.com

## PLEASE SEND ACKNOWLEDGEMENT OF RECEIPT

### Mark W. Read
On behalf of Friends of Brad Will
www.friendsofbradwill.org

**DECLARATION** FOR HANDSCHU PUBLIC HEARING
REQUESTING TIMEFRAME EXTENSION
**Re.** Case No. 71-cv-2203(CSH)

**Date**: March 18th, 2016
**Name:** Mark W. Read
**Name of Organization**: Friends of Brad Will
**Address**: 345 St. John's Place, Apt. N, Brooklyn NY, 11238
**Web Page:** www.friendsofbradwill.org
**Phone:** 917-776-8847
**Email Address: mr105@nyu.edu**

I, Mark W. Read, of Friends of Brad Will, hereby declare as follows:

1. Friends of Brad Will, is an unincorporated organization, that works to obtain accountability for the murder of Brad Will, a New York journalist and activist, murdered October 27, 2006, by police in Oaxaca Mexico while covering the police crackdown on demonstrators there. We also advocate for an end to militarization of Mexico and Central America under the guise of the 'war on drugs' which benefits the big banks (HSBC), corrupt security forces and their narco allies, and those pushing a neoliberal economic policy opposed by the overwhelming majority of the peoples of those areas;

2. Our organization is comprised of many activists followers and supporters across the country and the world who support our advocacy by participating in listserve discussions, forwarding educational and advocacy materials of our organization and those - like Amnesty International, Human Rights Watch, Center for International Policy, and Reporters Without Borders;

3. We have also promoted civil disobedience against members of the U.S. Congress and Senate blithely voting to send military aid to governments that our own State Department has documented have terrible records of impunity for human rights crimes against journalists, activists, and students, like the Ayotzinapa students disappeared in Mexico

4. Leaked documents and our experience revealed that the NYPD was targeting our organization with operations and open investigations for over 2 years on a fishing expedition and, as the New York Times reported, based on a "reed-thin evidence" (See On Reed-Thin Evidence, a Very Wide Net of Police Surveillance By M**ichael Powell,** S**eptember,** 9, 2013 (see attached Exhibit A).

5. We operate according to consensus decision-making whereby those engaged in doing the work of the organization or supporting it are those who shape important decisions or courses of action of the organization;

6. A decision to comment in the proposed settlement before April 5 based on a notice of hearing announced by the court a mere 8 weeks before and first published in dailies many activists don't read a mere 5 weeks before comments must be filed, requires more than the time provided for our organization to review and consider the proposed settlement, draft comments, solicit comments from our membership, and obtain expert advice before we file them.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on March 18th, 2016.

Name                    Signature                    City and State where signed

---

**Jethro Eisenstein** <handschusettlement@gmail.com>                    Wed, Apr 6, 2016 at 11:30 AM
To: mark read <mr105@nyu.edu>

Received.
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration for April 19
1 message

**yul-san@justicecommittee.org** <yul-san@justicecommittee.org>        Mon, Apr 4, 2016 at 11:58 AM
To: handschusettlement@gmail.com
Cc: LC <loyda@justicecommittee.org>

Hello-

I would like to register the Justice Committee to submit comments on April 19.

Loyda Colon will be submitting comments on behalf of the Justice Committee.
666 Broadway Suite 500
New York, NY 10012

Best,
Yul-san

Sent from my iPhone


Sent from my iPhone

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Imam Al-Hajj Talib Abdur-Rashid
1 message

**Cliff Mulqueen** <CMulqueen@otmlaw.com>        Mon, Apr 4, 2016 at 12:18 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "Omar Mohammedi, Esq." <OMohammedi@otmlaw.com>, "imamtalib@aol.com" <imamtalib@aol.com>

Please be advised that Imam Abdur-Rashid from the Mosque of the Islamic Brotherhood intends to give comments at the Fairness Hearing on April 19, 2016.


Thank you


Cliff Mulqueen

THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
ATTORNEYS AT LAW      NEW YORK, NY

Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 801
New York, NY 10279
Phone: 212.725.3846
Facsimile: 212.202.7621
www.otmlaw.com

_____
_____

PLEASE NOTE: The information contained in this message is privileged and confidential and is intended only for the use of the individual named above and who have been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212. 725.3846.

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Declaration re: proposed Handshu settlement

2 messages

---

**Sue Udry** <sue@bordc.org>                          Mon, Apr 4, 2016 at 12:48 PM
To: handschusettlement@gmail.com
Cc: Hgenridalton@hotmail.com, mutualaid10 <mutualaid10@gmail.com>, Chip Gibbons
<chip@defendingdissent.org>

Attached, please find our declaration regarding the proposed Handshu
settlement. The Bill of Rights Defense Committee/ Defending Dissent Foundation
is an organization that engages in lawful political, and educational activity in New
York City.

We ask the court to acknowledge receipt of these comments.

Thank you,

Sue Udry

--
**Sue Udry** / Executive Director
sue@bordc.org

**Bill of Rights Defense Committee and Defending Dissent Foundation**
Office: 413-582-0110 / Cell: 301-325-1201
www.bordc.org

---

 **handshu extension request (2).pdf**
512K

---

**Jethro Eisenstein** <handschusettlement@gmail.com>           Wed, Apr 6, 2016 at 11:35 AM
To: Sue Udry <sue@bordc.org>

Received
[Quoted text hidden]

**BORDC** · **DDF**
BILL of RIGHTS DEFENSE COMMITTEE · Defending Dissent Foundation
**DEFENDING DISSENT FOUNDATION**

277 Main St. Suite 206 · Northampton, Mass. 01060 · 413.582.0110 · info@bordc.org · www.bordc.org

**Board of Directors**

Sascha Meinrath
*Co-President*
Woody Kaplan
*Co-President*
Mike Rufo
*Co-Vice President*
Fadi Saba
*Co-Vice President*
Shahid Buttar
*Clerk*
Milka Micic
*Co-Treasurer*
Don Goldhamer
*Co-Treasurer*

Steve Abrams
Emily Berman
Timuel Black
Emily J. Goodman
Arun Gupta
Victor Navasky
Harry Pottash
Suraj Sazawal
Chris Townsend
Rev. C.T. Vivian

**Staff**

Sue Udry
*Executive Director*
George Friday
*Nat'l Field Organizer*
Ed Harris
*Comm's Manager*
Chip Gibbons
*Legal Fellow*
Barbara Haugen
*Administrator*

RE: Case No. 71-cv-2203(CSH)
March 25, 2016

Susan Udry
Bill of Rights Defense Committee/ Defending Dissent Foundation
277 Main St., Northampton, MA and 1100 G. St NW, Suite 500, Washington, DC 20005
www.bordc.org
413-582-0110

I, Susan Udry, Executive Director of the Bill of Rights Defense Committee/ Defending Dissent Foundation, hereby declare as follows:

1. The Bill of Rights Defense Committee/Defending Dissent Foundation is a national not-for-profit civil liberties organization. Our mission is to fulfill the promises of the Bill of Rights by converting concern and outrage into powerful political action, with a particular focus on the right to dissent.

2. Our organization is comprised of supporters and activists from across the political spectrum and across the country, including over 1,500 in New York City, who participate in our advocacy by writing to their members of Congress, state legislators and other policy makers; and by joining in assemblies and protests; organizing local coalitions to work for strong civil liberties safeguards at the state, county and municipal level.

3. We have sponsored and organized meetings, rallies, protests and marches across the country, including in New York City, on a number of issues including torture, surveillance, and the excessive use of force by police.

4. FBI files released through the Freedom of Information Act document that our organization and its founder were under surveillance for decades, resulting in a dossier of 132,000 pages.

5. Our small, understaffed organization is volunteer-driven. The short timeline for public comment adopted by the court poses a burden on our organization. We require more time to review and consider the proposed settlement, draft comments, solicit comments from our volunteers, and obtain expert advice before we are able to file.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2016

Susan Udry                                                    Washington, DC

BORDC/DDF is a 501(c)(3) charitable organization.
Contributions are tax-deductible.

*Standing for liberty when our government won't*

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## FW: Imam Al-Hajj Talib Abdur-Rashid - correction
1 message

**Cliff Mulqueen** <CMulqueen@otmlaw.com>                    Mon, Apr 4, 2016 at 1:02 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "imamtalib@aol.com" <imamtalib@aol.com>, "Omar Mohammedi, Esq." <OMohammedi@otmlaw.com>

I wish to correct Imam Abdur-Rashid's affiliation. He is from the Mosque of Islamic Brotherhood.


Thank you



Cliff Mulqueen

THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC

Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 801
New York, NY 10279
Phone: 212.725.3846
Facsimile: 212.202.7621
www.otmlaw.com
_____
_____
PLEASE NOTE: The information contained in this message is privileged and confidential and is intended only for the use of the individual named above and who have been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212. 725.3846.


**From:** Cliff Mulqueen
**Sent:** Monday, April 04, 2016 12:18 PM
**To:** 'handschusettlement@gmail.com'
**Cc:** Omar Mohammedi, Esq.; 'imamtalib@aol.com'
**Subject:** Imam Al-Hajj Talib Abdur-Rashid

Please be advised that Imam Abdur-Rashid from the Mosque of the Islamic Brotherhood intends to give comments at the Fairness Hearing on April 19, 2016.

Thank you

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING
1 message

**erik mc gregor** <erikrivas@hotmail.com>                    Mon, Apr 4, 2016 at 1:44 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

TO WHOM IT MAY CONCERN,

AS OF APRIL 4, 2016, I WOULD LIKE TO REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19
FAIRNESS HEARING

ERIK R McGREGOR
250 MOORE STREET APT 410
BROOKLYN, NY 11206

917-225-8963

Peace

Minister Erik McGregor

"I really love **HUMANKIND**... So please be both."

Consider making a contribution to:
**ERIK MCGREGOR PHOTOGRAPHY (click here)**

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Public Comment
1 message

**Keegan Stephan** <keegan.stephan@gmail.com>                              Mon, Apr 4, 2016 at 1:56 PM
To: handschusettlement@gmail.com

Keegan Stephan
41-19 41st St, Apt 4H
Sunnyside, NY 11104

Hello, my name is Keegan Stephan. I am an organizer with NYC Shut It Down, a group that organizes weekly
political demonstrations in NYC called "Peoples Mondays" in affiliation with the Black Lives Matter movement.

Our demonstrations are regularly policed by the NYPD, as noted in multiple news outlets, including this piece by
the Intercept ( https://theintercept.com/2015/08/18/undercover-police-spied-on-ny-black-lives-matter/ )

As such, we are preparing testimony for the public comment hearing on April 19th, and would like to present it at
that time.

Best regards.
-Keegan Stephan

# UNDERCOVER POLICE HAVE REGULARLY SPIED ON BLACK LIVES MATTER ACTIVISTS IN NEW YORK

George Joseph

Aug. 18 2015, 5:27 p.m.

   
52



Photo: Anadolu Agency/Getty Images

Documents obtained by *The Intercept* confirm that undercover police officers attended numerous Black Lives Matter protests in New York City between December 2014 and February 2015. The

documents also show that police in New York have monitored activists, tracking their movements and keeping individual photos of them on file.

The nearly 300 documents, released by the Metropolitan Transit Authority and the Metro-North Railroad, reveal more on-the-ground surveillance of Black Lives Matter activists than previous reports have shown, conducted by a coalition of MTA counterterrorism agents and undercover police in conjunction with NYPD intelligence officers.

This appears to be the first documented proof of the frequent presence of undercover police at Black Lives Matter protests in the city of New York, though many activists have suspected their presence since mass protests erupted there last year over a grand jury's decision not to indict Daniel Pantaleo, a police officer involved in the death of Eric Garner.

The protest surveillance and use of undercover officers raises questions over whether New York-area law enforcement agencies are potentially criminalizing the exercise of free speech and treating activists like terrorist threats. Critics say the police files seem to document a response vastly disproportionate to the level of law breaking associated with the protests.

The documents were released to activists after several requests under New York's Freedom of Information Law, which asked for records from the MTA, MTA Metro-North, the New York State Police, and the NYPD pertaining to Black Lives Matter protests at Grand Central Terminal between November 2014 and January 2015.

In the 118 pages released by the MTA, the names of undercover

police officers are redacted at least 58 times in five December 2014 protests, 124 times at five protests in January 2015, and 10 times at one protest in February 2015. *The Intercept* has been unable to contact any of the undercover police reporting on protests because the MTA said it redacted the "names of undercover police officers," citing the New York Public Officers Law stipulating that certain records, which "if disclosed could endanger the life or safety of any person," may be withheld. Metro-North also redacted the names of undercover officers. Both entities also said they redacted location and contact information for regular MTA police named in the documents.

Together the 118 MTA and 161 Metro-North documents also showed monitoring of an additional protest in November 2014, 11 protests in December 2014, nine protests in January 2015, and two protests in February 2015 by MTA officials and undercover police working at times in conjunction with NYPD officers.

In response to *The Intercept*'s request for information on the use of undercover police officers at Grand Central protests, MTA spokesperson Adam Lisberg issued the following statement: "The Metropolitan Transportation Authority Police Department must ensure the safety and security of millions of people who pass through our railroad systems every day, at a time when transportation networks have been persistently targeted by terrorists. We accommodate peaceful protest in our transportation system, while also ensuring that protest activities do not prevent customers from using the system for transportation. We take all appropriate police measures to ensure the safety and security of our customers, but we do not discuss the particulars of those operations."

The NYPD has not released documents in response to the request, but documents released by the MTA and Metro-North show that NYPD officials have also been involved in the surveillance of Black Lives Matter protests in Grand Central and beyond. The NYPD did not respond to a request for comment.

Many of the documents released include live updates on protests from undercover police officers, reporting on group sizes, and the tracking of protesters' movements around the city, particularly the movements of New York's "People's Monday" protests, which focus attention on, and demonstrate on behalf of, victims of police brutality, and which repeatedly convene at Grand Central. Some of the reports go further than tracking group movements, however, referring to specific activists and including photos of them.

In one document concerning a protest on Martin Luther King Jr. Day, for example, an officer, whose name is redacted because of his undercover status, sends frequent updates on protesters' movements in Grand Central. The officer also notes that Jose LaSalle, founder of New York police watchdog group Copwatch Patrol Unit, has been "observed inside Grand Central Terminal." LaSalle is mentioned four times in the documents, twice for delivering a "mic check" and twice for his mere presence, as seen in document below. His picture also appears in the files several times:

**Cutler, Ann**

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, January 15, 2015 7:09 PM |
| **Subject:** | 15JAN2015 MLK PROTEST Update #6 |
| **Attachments:** | GCT 1845 hrs 15JAN2015.JPG; GCT 1847 hrs 15JAN2015.JPG |

15JAN2015 MLK PROTEST
Thursday, 15 January 2015

Update #6

1906 hrs
Location: GRAND CENTRAL TERMINAL
Protest group now marching to the lower level. (ICTF)

1859 hrs
Location: GRAND CENTRAL TERMINAL
Approximately 50-60 protesters inside GCT on main concourse. (ICTF)

1847 hrs
Location: GRAND CENTRAL TERMINAL
Group now marching with "Black Lives Matter" banner. See attached photos. (ICTF)



OBSERVED INSIDE GRAND CENTRAL TERMINAL
Jose LaSalle, founder of New York City's Copwatch Patrol Unit

**From:**
**Sent:** Thursday, January 15, 2015 6:43 PM
**Subject:** 15JAN2015 MLK PROTEST Update #5

15JAN2015 MLK PROTEST
Thursday, 15 January 2015

Update #5

1

"I think its just another example of how anyone who is practicing their constitutional rights and speaking against the government is going to be considered a domestic problem," says LaSalle. "It's sad because all we're doing is speaking because we feel there is no justice for people being brutalized by the system. It's sad we have

to be targets of surveillance when were not committing crimes."

Alex Vitale, a Brooklyn College associate professor in sociology, whose work focuses on policing, argues this is part of a long history of police surveillance of activists like LaSalle. "Historically, law enforcement, both local and national, have a track record of keeping files on activists, engaging in surveillance, and targeting for excessive enforcement action people identified in leadership roles in social movement," he said. "The evidence shown by these documents raises warning flags about resources committed and, more importantly, the degree to which local police agencies are potentially targeting non-violent activists."

The documents also hint that such surveillance operations may be targeting groups across the city. For example, one email chain from December 9 included a table with the protest plans of four groups, including those of "Students and Faculty from East Side Community High School," a public school in Manhattan's East Village:

NYC - GARNER / FERGUSON Grand Jury Decision Protests; TODAY

TUESDAY, 9 DEC 2014

| Date | Day | Start | End | Group/Event | Proposed Location | Reason | Pct | |
|------|-----|-------|-----|-------------|-------------------|--------|-----|---|
| 9-Dec | Tue | 14:30 | 16:00 | Students and Faculty from East Side Community High School | Start at East Side Community High School (420 East 12th St) then **MARCH** to **Eastern District Courthouse** (225 Cadman Plaza) via BK Bridge Footpath | March in response to Eric Garner's GJ Decision | PBMS & 84 | |
| 9-Dec | Tue | 16:00 | Unk. | National Action Network | 41 Bay Street, SI | Response Protest to Eric Garner's Grand Jury Decision | 120 | |
| 9-Dec | Tue | 17:00 | Unk. | Peoples Power Assembly | Union Square | Response Protest to the Ferguson, MO decision | 13 | |
| 9-Dec | Tue | 17:00 | Unk. | Stop Mass Incarceration Network | North End of Union Square | Flash-Mob/ Die-In then **MARCH** "Through the City" | 13 | |
| 9-Dec | Tue | 17:00 | Unk. | Stop Mass Incarceration Network | Meet-up at Union Square then **MARCH to 1 PP** | "Justice for Eric Garner" | 13 & 5 | |

5

Though the documents were obtained from the MTA and Metro-North, they include several references to collaboration with NYPD officers. In one email from January 1, 2015, for example, an undercover police officer shares attached field reports and photographs of a protest at Grand Central, which MTA

counterterrorism agents provided "in conjunction with NYPD Intel
team members."



**Cutler, Ann**

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, January 01, 2015 8:22 PM |
| **To:** | Diaz, Raymond |
| **Cc:** | Finneran, Kathleen; Berlingieri, John; Montgomery, Sean; Hammam, Keyla; Cheung, David |
| **Subject:** | GCT Protest Summary 01Jan2015 Part 1 |
| **Attachments:** | GCT Protest 01JAN15.doc; GCT 1729 hrs.bmp; GCT 1722 hrs.bmp; GCT 1713 hrs.bmp; GCT 1712 hrs.bmp; Facebook page.bmp |

Please see attached summary, photographs, etc. with regard to this evening's protest event at Grand Central
Terminal.  MTAPD ICTF Field Team (Hammam/Cheung) provided photographs and field reports in
conjunction with NYPD Intel team members.

CONFIDENTIALITY NOTICE: This email, including any attachments, may contain confidential and
privileged information which is intended for the exclusive use of the individual or entity to
which the transmission is addressed. If you are not the intended recipient, you are hereby
notified that you have received this communication in error and that any review, disclosure,
dissemination, distribution or copying of this transmission is strictly prohibited.

1

In another document, sent February 13 concerning a
demonstration at Grand Central, Anthony D'Angelis, identified in

the document as an MTA liaison with the NYPD's counterterrorism division, shared and labeled a photo of Alex Seel, a local photographer. In the documents, D'Angelis uses an NYPD email address.



Cutler, Ann

From:      D'Angelis, Anthony
Sent:      Friday, February 13, 2015 7:28 AM
Subject:      Alex Seel (videographer/photographer) Protester GCT

It is unclear if any of the undercover police officers, whose names are redacted in the documents, are themselves NYPD personnel. According to the ACLU, if the NYPD is collecting information about protesters at Grand Central along the lines of the photographs that MTA appeared to collect, it may be in violation of the historic "Handschu agreement," which regulates the department's monitoring of political groups.

Under the decree, "the NYPD is not permitted to retain information gathered from public events unless it's connected to suspected criminal or terrorist activity," says Nusrat Choudhury, an attorney at the ACLU. "They cannot identify someone and have their photo in their files unless they have evidence supporting reasonable suspicion that he was about to commit criminal activity or had engaged in criminal conduct."

Regardless of these legal gray areas and the confusing blend of agencies engaged in the surveillance, several protesters at Grand Central say they are perturbed by the photo file's existence, considering that Seel did not share his name publicly that night and usually only comes to the protests as a quiet photographer. "I was surprised that they had photos of Alex," says Kim Ortiz, a Black Lives Matter organizer with the Grand Central People's Monday group, also known by its hashtag, #PeoplesMonday. "He doesn't do any of the planning. It's very telling. If they're focusing on someone who's a silent supporter, I can't imagine what they're doing to people more at the forefront."

Seel says he was "surprised by how specific they were with me, calling me photographer, and a documenter, and I'm pretty sure that photo is from Penn Station, so they definitely had it on file or

something. If you look at my A14 pictures, I caught some serious stuff — cops pushing people over — that's my take on it. … So it's definitely a fear tactic used to break down certain aspects of the movement. They know that we're the lens of the movement."

The MTA and Metro-North documents also show that numerous counterterror and intelligence agents are involved in this monitoring, despite repeated references in the documents to the "peaceful" and "orderly" nature of the demonstrations. The Department of Homeland Security similarly commented on the lack of violence at Black Lives Matter protests in documents describing monitoring of those protests, published previously by *The Intercept.*

In an MTA document from January 12, D'Angelis, the NYPD counterterrorism division liaison, shared pictures that an unnamed "activist posted" of police milling around Grand Central. The photos in the email appear to be from the Twitter account of Black Lives Matter activist Keegan Stephan. Just beneath the photos, D'Angelis's email claims the document is for "deterring, detecting, and preventing terrorism."



Detective Anthony D'Angelis
MTA PD (ICTF)
NYPD CTD Liaison

Unclassified //For Official Use only // Law Enforcement Sensitive Third Agency dissemination of this material is prohibited
without prior MTA PD approval. This document is for deterring, detecting and preventing terrorism. This document
contains law enforcement sensitive material and be shared appropriately , it should be protected from public
dissemination.

2

In another document from a December 7 protest for Eric Garner,
Detective Keyla Hammam, identified as a member of the MTA's
Interagency Counter-Terrorism Task Force, shared a photo of
prominent activist and former Philadelphia police officer Ray
Lewis. An undercover police officer made an entry accompanying

Hammam's photo, mentioning Lewis' past activities with Occupy Wall Street and stating: "A retired Philadelphia Police Officer in uniform is one of the protesters at Grand Central Terminal. He is also known to NYPD as a protestor in OWS and has an arrest record with NYPD." (Lewis was arrested on disorderly conduct charges in connection with an Occupy Wall Street protest; the case was later closed by prosecutors.)

"I wasn't surprised at all," Lewis said when asked about the monitoring. "From my experience in law enforcement, I know the key concept to knocking out all protests is taking out leaders. So they see certain people and target them."



Vitale, the sociology professor, argues that police response to peaceful protests and civil disobedience is often wrongly designed to resemble counterterrorism operations, illustrating a broader mission creep in policing over the last decade. "Protests by their nature are disruptive, and that by itself should not be grounds for

surveillance and file-keeping," he said. "But in the post-9-11 environment, there's been a major shift towards risk aversion and massive expansion of intelligence gathering in a way such that protest activity often gets lumped in with terrorism investigation."

In January, NYPD Commissioner Bill Bratton stirred controversy when he announced that the department would commingle efforts against terrorism with the containment of protests. Bratton said his new Strategic Response Group "is designed for dealing with events like our recent [Eric Garner] protests, or incidents like Mumbai or what just happened in Paris." Bratton also noted, "In New York, dealing with terrorism, and large-scale disorder, and other so-called 'black swan' events involves similar skill sets."

Many Black Lives Matter activists argue the surveillance documented in the MTA files does not constitute crime or terrorism prevention, especially given how non-confrontational the People's Monday protest events have been.

"We do the same thing every week," says Stephan, the People's Monday organizer whose Twitter photos were in the documents. "We read aloud the facts of their cases, and statistics about police killings, generally. … The biggest confrontation that has occurred was when police threatened to arrest us for doing die-ins, but ultimately, they didn't even make arrests for this — and haven't — because even when we do die-in we aren't obstructing access to the trains."

Indeed, many of the MTA and Metro-North documents support Stephan's claim, mentioning that the protests remain "peaceful," "orderly," "in order," and "all orderly." According to one email

exchange from January 19, 2015, still in the swing of the post-Eric Garner non-indictment protests, top MTA officials casually discussed a Grand Central protest, CC'ing the Metro-North's chief security officer and remarking that protesters "just began chanting. The usual routine."



Nonetheless, this intelligence gathering on activists by undercover police and counterterrorism agents continued, according to the documents.

Comedian and Black Lives Matter activist Elsa Waithe believes the purpose of this intense police surveillance is to chill dissent and gather information in order to better target organizers. Waithe stopped attending the weekly Grand Central protests after an April 14 demonstration in which video shows her being shoved by a man identified as a police officer, allegedly because Waithe was trying to film an arrest.



CLICK FOR SOUND

"Weeks before the assault, a police officer referred to me by name, and I don't know how he knew it," says Waithe. "We were in Grand Central just about every single week before, so they set up a crow's nest — like two to three guys with cameras standing up high above the concourse — a lot of those photos in your

documents look like it must have come from that angle. When you know they're recording and watching you — that's a feeling I can't ever shake. I don't know what they're doing with all those hours of tape because there's nothing much there. It's just being used to intimidate us."

Waithe argues this prior surveillance in part contributed to her assault: "The day it happened, someone was getting arrested pretty roughly so I went to go film cause I'm a member of Copwatch. The officer shoved me back like a football player and I fell to the ground. I fell onto a wrought iron metal tree guard, and had to be taken in the ambulance because of severe swelling in my ribs. I think they already had information on me and saw that as an opportunity."

Nonetheless, according to organizers, the intensity of this surveillance was expected from the get-go and dogged many of them even before the Black Lives Matter movement. Angie Brilliance, an organizer from Chicago with the group Black Youth Project 100, recalls fighting in a 2012 campaign for a mental health care facility in one of Chicago's black neighborhoods, only to find out that some of the most provocative organizers among them may have been police informants.

"We need to be aware, especially given the digital organizing of the modern era, about how we're being tracked," says Brilliance. "I know we and many groups we're affiliated with try as much as possible to not put any plans down on digital documents, to meet in person, and other strategies I probably shouldn't make public — we have to learn from what the state did to break up our ancestors' struggles."

Most Black Lives Matter activists interviewed by *The Intercept* noted that while the intense surveillance of their lives gave them pause, it wouldn't stop them from protesting.

"Some of this surveillance is meant to scare us and potentially to figure out what people's next steps are," says DeRay Mckesson, an activist whose prominent social media presence has reportedly been monitored by both private cybersecurity firms and the Department of Homeland Security. "But what we're doing is right."

## CONTACT THE AUTHOR:



George Joseph
✉ george.joseph@firstlook.org
🐦 @georgejoseph94

⌄ 💬 52 Comments (closed)



**Newsletter**
Don't miss the best of
The Intercept

Enter your email address

*Email list managed by MailChimp*

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## 4/19 Handschu Settlement Fairness Hearing
1 message

**Amol Sinha** <sinha.amol@gmail.com>        Mon, Apr 4, 2016 at 2:00 PM
To: handschusettlement@gmail.com

To Whom It May Concern:

The South Asian Bar Association of New York (SABANY) intends to submit comment regarding the Handschu Settlement. Amol Sinha, SABANY VP of Public Relations, will speak on SABANY's behalf at the April 19th hearing. Our address is:

SABANY
PO Box 1057
New York, NY 10163

Please let me know if you need any more information. Thank you very much.

Best,
Amol


--
Amol Sinha
sinha.amol@gmail.com
(609) 638-9913

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

---

# forthcoming public comment
3 messages

---

**Timothy Frasca** <tfrasca@gmail.com>                    Mon, Apr 4, 2016 at 9:28 AM
To: handschusettlement@gmail.com

I wish to register with the court for the purpose of filing a public comment on this matter.

TIMOTHY FRASCA
41 PARK TERRACE WEST, B6
NEW YORK NY 10034

---

**Jethro Eisenstein** <handschusettlement@gmail.com>          Mon, Apr 4, 2016 at 10:28 AM
To: Timothy Frasca <tfrasca@gmail.com>

Please provide name and address
[Quoted text hidden]

---

**Timothy Frasca** <tfrasca@gmail.com>                    Mon, Apr 4, 2016 at 2:02 PM
To: Jethro Eisenstein <handschusettlement@gmail.com>

Strange, I had written both:

TIMOTHY FRASCA
41 PARK TERRACE WEST, B6
NEW YORK NY 10034
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# CAAAV Register to comment for Handschu Settlement Hearing

1 message

**Naved Husain** <nhusain@caaav.org>                    Mon, Apr 4, 2016 at 2:45 PM
To: handschusettlement@gmail.com

To Whom It May Concern,

This email is to confirm that Naved Husain from CAAAV Organizing Asian Communities wishes to speak at the
Handschu settlement hearing on April 19.

CAAAV Organizing Asian Communities
Naved Husain
55 Hester St
Manhattan, NY 10002

--

Naved Husain
Lead Organizer, CAAAV
55 Hester Street, New York, NY 10002
Tel: 212.473.6485
Cell: 908.419.5037
e-mail: nhusain@caaav.org
www.caaav.org

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration for comment
1 message

**Abi Hassen** <abi@bmlp.org>                                                    Mon, Apr 4, 2016 at 2:57 PM
To: handschusettlement@gmail.com
Cc: abi@bmlp.org

I would like to register to give comments on the Handschu Settlement.

My Name is Abi Hassen. I will be giving comments on behalf of Black Movement-Law Project.

Address:    6930 Piney Branch Rd NW
                   Washington DC 20012

Best

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# JFREJ registration to testify
1 message

**Rachel McCullough** <rachel@jfrej.org>                      Mon, Apr 4, 2016 at 3:12 PM
To: handschusettlement@gmail.com

Hello,

I'm writing to register my organization, Jews for Racial & Economic Justice, to testify at the hearing. Our comments will be delivered by myself (Rachel McCullough). Our address is 330 7th Avenue, Suite 1901, New York, NY 10001.

Thanks,
--
Rachel McCullough
Director of Organizing
Jews for Racial and Economic Justice
330 7th Avenue, Suite 1901
New York, NY 10001
917-596-7339

Support JFREJ's powerful organizing! Donate to JFREJ today!

Follow us on Twitter! @JFREJNYC
Like us on Facebook!

To find out more about upcoming JFREJ events, please visit http://jfrej.org/upcoming/list/

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Comments on proposed settlement
1 message

**Animal Rights Committee** <animalrights@nlg.org>                    Mon, Apr 4, 2016 at 3:32 PM
To: handschusettlement@gmail.com

I am writing on behalf of "The National Lawyers Guild-NYC Chapter Animal Rights Activism Committee". We will
be commenting on the proposed settlement.

Our address is:
NLG-NYC Animal Rights Activism Committee
113 University Place, 8th Floor
New York, NY
10003

Best,
Elena L. Cohen
--
Elena L. Cohen, JD, PhD Candidate
Executive Vice President, National Lawyers Guild

*This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies."*

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Handschu Summit Comment
1 message

**Jose LaSalle** <copwatchpatrolunitcpu@gmail.com>                Mon, Apr 4, 2016 at 3:37 PM
To: handschusettlement@gmail.com

TO WHOM IT MAY CONCERN,

I WOULD LIKE TO REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING

Jose LaSalle
306 E 180 St.
Bronx NY 10457

347-364-8189

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Testifying
1 message

**ibouks@gmail.com** <ibouks@gmail.com>                                            Mon, Apr 4, 2016 at 4:04 PM
To: handschusettlement@gmail.com

Greetings,

On behalf of AMAL, we hope to comment later this month on the proposed settlement.

Thanks,

Iman

Sent from my iPhone

 **Gmail** Jethro Eisenstein <handschusettlement@gmail.com>

---

# Registration for Hadschu Hearing
1 message

---

**Ileana Mendez-Penate** <ileana@alp.org>                                    Mon, Apr 4, 2016 at 4:14 PM
To: handschusettlement@gmail.com

Hello,

Audre Lorde Project  would like to register for the Handschu Settlement Hearing.
Gina George, Tasha Amezcua, Cara Page and Ileana Mendez-Penate
147 W. 24th St 3rd Floor, New York, NY 10011

Best,
Ileana

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Comment reservation
1 message

**Zahed A Haseeb** <zah2111@columbia.edu>                                    Mon, Apr 4, 2016 at 4:17 PM
To: handschusettlement@gmail.com

Name: Zahed Haseeb
Address: 526 West 112th Street #43

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING
1 message

**Robin Laverne Wilson** <robinlaverne@gmail.com>       Mon, Apr 4, 2016 at 4:17 PM
To: handschusettlement@gmail.com
Cc: Wylie Stecklow <wylie@wylielaw.com>

Robin Laverne Wilson
995 Jefferson Ave Apt 4
Brooklyn, NY 11221
robinlaverne@gmail.com

Please take notice by this email dated April 4, 2016, that I, Robin Laverne Wilson, would like to register to submit a comment for consideration at the Handschu Fairness Hearing.

**Robin Laverne Wilson**
**CUNY M.A. Applied Theatre**
Class of 2018

    Virus-free. www.avast.com

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Hearing Comment Registration
1 message

**Ibrahim Mossallam** <imossallam@gmail.com>                    Mon, Apr 4, 2016 at 4:21 PM
To: handschusettlement@gmail.com

Good Evening,

 Please register me to make a comment at the upcoming Handschu Settlement hearing on 4/19.

Ibrahim Mossallam
Muslim American Society-NY
7212 Sandy Dune Way
Arverne, NY 11692

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Testify at Handschu Hearing
1 message

**Sam J. Miller** <sam@picturethehomeless.org>                     Mon, Apr 4, 2016 at 4:48 PM
To: handschusettlement@gmail.com

Hello,

I would like to register for my organization to testify at the Handschu settlement hearing.

Organization Name: Picture the Homeless
Address: 104 East 126th Street #1B, New York NY 10035

Thank you!

Sam J. Miller
Communications
Picture the Homeless
==
Homeless New Yorkers are fighting to keep our streets vibrant and free.
They need your support.

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# register to comment
1 message

**Emma Burke** <emma@warresisters.org>                    Mon, Apr 4, 2016 at 4:51 PM
Reply-To: emma@warresisters.org
To: HANDSCHUSETTLEMENT@gmail.com

Hello,

War Resisters League, 339 Lafayette St. New York, NY 10012, would like to register to comment on the
Handschu settlement.

Please contact me with any questions or required next steps.

Best,
Emma Burke

--
:::::::::::::::::::::::::::::::::
Emma Burke
Development and Membership Coordinator
War Resisters League
339 Lafayette Street
New York, NY 10012
phone: 212.228.0450 x17
fax: 212.228.6193
emma@warresisters.org
www.warresisters.org

"The War Resisters League affirms that war is a crime against humanity. We therefore are determined not to
support any kind
of war, international or civil, and to strive nonviolently for the
removal of all causes of war, including racism, sexism and all
forms of exploitation."

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Intent to file comments: Heidi Boghosian
1 message

**Heidi** <heidibog@hotmail.com>                                    Mon, Apr 4, 2016 at 5:00 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

To Whom It May Concern:

I am writing to register my intent to file comments with the court on the Handschu Settlement.

Here is my name and address:

Heidi Boghosian

626 East 14th Street #20

New York, NY 10009

Thank you,

Heidi Boghosian

cell: 917.239.4999

 **Gmail**           **Jethro Eisenstein <handschusettlement@gmail.com>**

---

# request to comment/ Surveilance Abuse
1 message

---

**Brenda Evans** <bmsevans@yahoo.com>            Mon, Apr 4, 2016 at 5:59 PM
Reply-To: Brenda Evans <bmsevans@yahoo.com>
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

Greetings ,
       Thank you for this opportunity to comment  on  24 hr surveillance  via  law enforcement,
 includes  sheriff dept , plain cloths  detectives, organized  citizen groups stalking  me in public  no
matter where I move or go. Along with neighbor hood watch team that  gets formed where ever I
decide to relocate  in the last 8-9 years and once  I saw a  black drone in the early a.m  focused in my
bed room window.
      For myself , I had  a   Mass. Licence  in Social work, a Bachelors Degree, and an Associate
Degree.
    I have never been arrested,  or  institutionalized for mental  health issues. And now it appears I
have been denied   Due Process and equal  Protection under the law  to  have this concern  addressed
and resolved.
    I  experience unlawful home searches  each time I go out no matter where  reside. My reputation
has been  ruined  and I have become isolated and embarrassed  due to this on going never ending
surveillance  and investigation. and not knowing why, and  having to constantly be moving from place to
place  after being forced to sell  my home of 30 years and waste my resources has caused me much
pain and suffering.       My health has been declining rapidly  due to  continuous stress, sleep
deprivation due to dream manipulation, a hyperthyroid condition which my physician reports due to
continuous stress, my head neck and torso over heats  and my skin itches at odd times which seems to
be due to some type of frequencies.
    As a tax payer, widow of a veteran, and being  a  seventy year old senior, who  once  owned  my
home  for 30 + years  before I  forced to sell  my property and be driven out of the state  in 2009 by
neighbor hood watch group and  police surveillance in E. Long meadow, Ma.
    2009 I moved and shipped my furniture  and auto to Hawaii only to find  surveillance  and
harassment continuing. with illegal home entry, and  surveillance and a tracking device had been
installed on to my auto.
    In closing I moved back to Mass, then to Oregon, to MD, and back to Hawaii before realizing there
is no peace or protection  for me  against this unnecessary surveillance.
     In the past I made numerous complaints to landlords , paying to change locks and  two police
reports before realizing my plight is by design, and   by someone  who has an ax to grind  who knows
 about my  past mental health therapy and is using  this experiment paid with  government  to torture
me for the past  nine  or more years years.
    This surveillance  program  has effected my health and well being.
The effects of this  program: I have  not been able to maintain my  Mass. State Social Work licence by
not getting my needed C.E.Us  I fear going out due to illegal apartment  searches.
    I do not  keep medical appointments,  get  involved  in senior social activities, due community
harassment and apt searches   when  ever I leave home.
    This program has contributed   decline in my health,  peace of mind  since  I' am  safe from illegal
searches & seizures.since i sold my home in 2009.
     It would be excellent for the  individual  who keeps renewing my name  on this  bogus list be
investigated, I am sure it would be a hate crime. as well as a waste of tax payer money.
          PLEASE ALLOW  MY NAME TO CLASS ACTION SUITE:
          SURVEILLANCE  ABUSE TO N.Y COURT CASE AS
       PLAINTIFF ON THE CASE:    DARLENE MILES IN FEDERAL COURT

My name is Brenda Evans
75-6081 Alii Drive
Kailua Kona HI
96740
413-2371334
age. 70



**Jethro Eisenstein <handschusettlement@gmail.com>**

# Raza/Handschu Fairness Hearing Testimonial
1 message

**Jesse** <jesse@global-action.org>                         Mon, Apr 4, 2016 at 6:06 PM
To: handschusettlement@gmail.com
Cc: Karina Hurtado- Ocampo <karina@global-action.org>

To Whom It May Concern:

My name is Jesse Ehrensaft-Hawley and I am the Executive Director of Global Action Project. I am writing to register to submit testimonial for the Raza/Handschu Fairness hearing.

Our full address is:
Global Action Project
130 West 25th Street, suite 2c
New York, NY 10001

Please let me know if you need any additional information.

Sincerely,
Jesse Ehrensaft-Hawley
--

Jesse Ehrensaft-Hawley

Co-Director
Global Action Project

130 West 25th Street, 2C

New York, NY 10001

(p) 212-594-9577

(f) 212-594-95

www.global-action.org


Become our Facebook friend: https://www.facebook.com/GlobalActionProject

Follow GAP on Twitter: http://twitter.com/gapyouthmedia
Watch Videos: http://global-action.org/video
YouTube: https://www.youtube.com/globalactionproject

**Donate to support Global Action Project: https://global-action.org/donate**

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

---

**Ayisha Irfan** <irfan.ayisha@gmail.com>
To: handschusettlement@gmail.com

Mon, Apr 4, 2016 at 6:14 PM

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Ayisha irfan
Address: 7012 Nansen st. Forest hills my, 11375

Thank you.

Sent from my iPhone- excuse typos
917-346-2383
Irfan.ayisha@gmail.com

---

**Jethro Eisenstein** <handschusettlement@gmail.com>
To: Ayisha Irfan <irfan.ayisha@gmail.com>

Wed, Apr 6, 2016 at 11:56 AM

Please be advised that the hearing is on April 19, 2016 at 10:00 a.m. at the Federal Courthouse, 500 Pearl
Street, NY, NY.
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register to Comment at Hearing
1 message

**Sadyia Khalique** <skhalique@cair.com>                    Mon, Apr 4, 2016 at 6:26 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

To Whom It May Concern,

I would like to register the following individuals to comment at the hearing.

Afaf Nasher

204-08 39 Ave, Bayside  NY 11361

Hassan Ahmad

22 Cortlandt St.,  16th Floor, New York, NY 10007

Thank you.

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

---

# RSVP
1 message

---

**Sadyia Khalique** <skhalique@cair.com>                    Mon, Apr 4, 2016 at 6:56 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

To Whom It May Concern,

I would like to register the following individual to comment at the hearing.

Lamis Deek

277 Broadway, #1501, New York, NY 10007

Thank you.

**Sadyia Khalique**

Director of Operations

Council on American-Islamic Relations (CAIR)- New York

One Penn Plaza # 6246, New York, NY 10119

646-665-7599 I skhalique@cair.com

LinkedIn | Facebook | Twitter

*Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Thank you.*



**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register to comment in Handschu/Raza cases
1 message

**Kris Hermes** <krishermes@earthlink.net>                          Mon, Apr 4, 2016 at 7:18 PM
To: handschusettlement@gmail.com

Handschu Settlement
Clerk's Office
US District Court
500 Pearl Street
New York, NY 10007

Dear Clerk,

This is notification for the purpose of registering to comment on the proposed settlement agreement in the class-action lawsuits *Raza v. City of New York* and *Handschu v. Special Services Division*. I will be providing comment to the court as an individual, political activist living in New York City, and will do so on or before the hearing scheduled for April 19th.

Please let me know if you need anything else from me at this time.

Sincerely,

Kris Hermes
1309 Fifth Avenue, #4F
New York, NY 10029

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

**samiyafie** <samiyafie@gmail.com>                                          Mon, Apr 4, 2016 at 7:18 PM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: sami Ali alyafie
Address: 288 Bay 38th Street 1G Brookline NY

Thank you.

Sent from my T-Mobile 4G LTE Device

**Jethro Eisenstein** <handschusettlement@gmail.com>                         Wed, Apr 6, 2016 at 11:58 AM
To: samiyafie <samiyafie@gmail.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl
Street, New York, NY
[Quoted text hidden]

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# register to comment
1 message

**People's Puppets Info** <info@peoplespuppets.org>            Mon, Apr 4, 2016 at 8:23 PM
To: handschusettlement@gmail.com

The following group is registering to submit a comment on the proposed
settlement modification:

Peoples Puppets of Occupy Wall Street
P.O. Box 1084
New York, NY 10009

info@peoplespuppets.org

We will submit our comment by the April 19th deadline.

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

**Gareth Bryant** <musabryant15@gmail.com>           Mon, Apr 4, 2016 at 9:04 PM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Gareth Bryant
Address: 260 Herkimer St, Apt#4X, Brooklyn, NY, 11216

Thank you.

---

**Jethro Eisenstein** <handschusettlement@gmail.com>           Wed, Apr 6, 2016 at 11:59 AM
To: Gareth Bryant <musabryant15@gmail.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street, New York, NY
[Quoted text hidden]

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## I would like to register to comment
1 message

**Laura Castro** <lcast280@gmail.com>                                    Mon, Apr 4, 2016 at 9:26 PM
To: handschusettlement@gmail.com

To whom it may concern. I would like to register to comment. Thank you!

Name: Laura Castro
Address: 280 Ocean Parkway, Apt. 2P
Brooklyn, NY 11218

 **Gmail**

Jethro Eisenstein <handschusettlement@gmail.com>

---

# Register For April 5th Hearing
2 messages

---

**Rihan Alomari** <rihanalomari@gmail.com>                                     Mon, Apr 4, 2016 at 9:56 PM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Rihan Alomari
Address: 1335 West 7th St. Apt. H2

Thank you.

---

**Jethro Eisenstein** <handschusettlement@gmail.com>                          Wed, Apr 6, 2016 at 12:00 PM
To: Rihan Alomari <rihanalomari@gmail.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY
[Quoted text hidden]

---

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING

1 message

**savitri d** <savitrid.nyc@gmail.com>
To: handschusettlement@gmail.com

Mon, Apr 4, 2016 at 10:06 PM

Savitri Durkee
71 sherman #2
Brooklyn NY 11218

347 693 8857

Please tale notice by this email dated april 4, 2016 that I Savitri Durkee would like to register to submit a comment for consideration at the Handschu fairness hearing.

thank you,
savitri durkee

--
Savitri D // savitrid.nyc@gmail.com // 347-693-8857

                    **Jethro Eisenstein <handschusettlement@gmail.com>**

## registration for public comment with NYC address
1 message

**Abi Hassen** <abi@bmlp.org>                    Mon, Apr 4, 2016 at 10:27 PM
To: handschusettlement@gmail.com

I wanted to update my address because I mistakenly gave our DC address. My NYC address is:

Abi Hassen
277 Broadway
STE 1501
New York NY 10007

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# handschu settlement comment
1 message

**Keith De Cesare** <keithjdecesare@gmail.com>                Mon, Apr 4, 2016 at 10:53 PM
To: handschusettlement@gmail.com

I'm interested in commenting on this matter.
Keith De Cesare
603 Isham
New York, N.Y. 10034

I'm unaffiliated with any group.

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

**Senada Ramusevic** <senadar11@yahoo.com>                              Mon, Apr 4, 2016 at 11:46 PM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Senada Ramusevic
Address: 8410 120th street kew gardens ny 11415

Thank you.


Senada

---

**Jethro Eisenstein** <handschusettlement@gmail.com>                    Wed, Apr 6, 2016 at 12:02 PM
To: Senada Ramusevic <senadar11@yahoo.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register April 19 Hanschu Comment
1 message

**Maureen Silverman** <maureensilverman@gmail.com>                    Mon, Apr 4, 2016 at 11:54 PM
To: Handschusettlement@gmail.com

Maureen Silverman is registering to comment  at April 19 Handschu hearing.
My address is 40 Harrison Street #21k, NewYork, NY 10013

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## registering to comment
1 message

**rosza d l/l <rosza@meansof.org>**              Tue, Apr 5, 2016 at 12:48 AM
To: handschusettlement@gmail.com

Please register me to submit a comment on the proposed settlement.

Daniel Lang
66 Brooklyn Avenue
Brooklyn, NY 11216


--
distrusting the eye, we place it under the control of touch. -tatlin-

4/7/2016                                        Gmail - Comment period, please extend

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Comment period, please extend
2 messages

**Matt Metzgar** <mattmetzgar@gmail.com>                    Tue, Apr 5, 2016 at 2:31 AM
To: handschusettlement@gmail.com
Cc: robert jereski <mutualaid10@gmail.com>, "Harry J. Bubbins" <harry@friendsofbrookpark.org>

The unconstitutional intrusiveness of past police-work in relation to
my past, lawful political activities will not be remedied by the
proposed 'settlement'. On the contrary, the current proposed
settlement will serve to entrench current NYPD practices of using
dubiously-intentioned informants (often-times seeking only better
terms for plea-dealing based on previous criminal convictions) and
misinformed and unconstitutionally-guided undercover police officers
to violate the rights of Americans and immigrant citizens who chose to
engage as grassroots activists iin constitutionally protected
political activities and 'redress of grievances', as outlined in the
American Bill of Right's 1st amendment.

-Matt Metzgar

**Matt Metzgar** <mattmetzgar@gmail.com>                    Wed, Apr 6, 2016 at 12:47 PM
To: handschusettlement <handschusettlement@gmail.com>
Cc: "Harry J. Bubbins" <harry@friendsofbrookpark.org>, robert jereski <mutualaid10@gmail.com>

This is a supplementary follow-up to my April 5th communication.

My address is 25 East 3rd Street apt 5c, NY NY 10003

I am affiliated with the group StopNYPDSpying

Please include this information in my communication of April 5th, if
it is within your discretion.

Thank you,

-Matt Metzgar
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

---

**Hossam Gamea** <hossamg1493@gmail.com>                      Tue, Apr 5, 2016 at 3:17 AM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Hossam Gamea
Address: 8829 26th Avenue Brooklyn, NY 11214
Thank you.

---

**Jethro Eisenstein** <handschusettlement@gmail.com>          Wed, Apr 6, 2016 at 12:04 PM
To: Hossam Gamea <hossamg1493@gmail.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY

[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

**souad kirama** <souadkirama@hotmail.com>                       Tue, Apr 5, 2016 at 6:43 AM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Souad Kirama
Address: 33-10 34Ave
Astoria NY 11106

Thank you.


Sent from my iPhone

---

**Jethro Eisenstein <handschusettlement@gmail.com>**              Wed, Apr 6, 2016 at 12:04 PM
To: souad kirama <souadkirama@hotmail.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY
[Quoted text hidden]

 **Gmail**                                    **Jethro Eisenstein <handschusettlement@gmail.com>**

---

# Register For April 5th Hearing
2 messages

---

**sana khashang** <skhashang@yahoo.com>                          Tue, Apr 5, 2016 at 8:29 AM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Sana khashang Shahmehdi
Address: 19 Maywood Ct, North Caldwell NJ 07006

Thank you.


Sent from my iPhone

---

**Jethro Eisenstein** <handschusettlement@gmail.com>              Wed, Apr 6, 2016 at 12:05 PM
To: sana khashang <skhashang@yahoo.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Request for MCN to be permitted to comment
1 message

**Christina Tasca** <christina.tasca@mcnny.org>                                         Tue, Apr 5, 2016 at 9:34 AM
To: handschusettlement@gmail.com

Good Morning,

This email is to request that Muslim Community Network be included in the list of those permitted to comment on the settlement. Our contact information is below in my signature.

Please let me know if there is any additional information needed.

Thank you.


Sincerely,

Christina Tasca
Executive Director
Muslim Community Network
239 Thompson Street
New York, New York 10012
646-481-1772
www.mcnny.org

Facebook | LinkedIn | Twitter

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

**Favzulkabeer <foz@sfftt.com>**         Tue, Apr 5, 2016 at 9:38 AM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name:
Address:

Thank you.

**Jethro Eisenstein <handschusettlement@gmail.com>**    Wed, Apr 6, 2016 at 12:06 PM
To: Favzulkabeer <foz@sfftt.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY
[Quoted text hidden]

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

---

# Register For April 5th Hearing
2 messages

---

**Ann Schneider** <schneider.nlg@gmail.com>                    Tue, Apr 5, 2016 at 11:06 AM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Ann Schneider
Address: 503 Vanderbilt Ave Bklyn 11238

Thank you.

---

**Jethro Eisenstein** <handschusettlement@gmail.com>          Wed, Apr 6, 2016 at 12:07 PM
To: Ann Schneider <schneider.nlg@gmail.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY
[Quoted text hidden]

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## For April 19.
1 message

**Nazrul Haque** <feizza15@gmail.com>                    Tue, Apr 5, 2016 at 11:11 AM
To: handschusettlement@gmail.com

I would like to registered for April 19.
Nazrul Haque. 917 405 2499.

Sent from my iPhone

 **Gmail**

Jethro Eisenstein <handschusettlement@gmail.com>

---

## settlement
1 message

---

**Muhammad Mujumder** <mmujumder@silberzweig.com>          Tue, Apr 5, 2016 at 11:52 AM
To: handschusettlement@gmail.com

-please make sure that no surveillance camera in and outside of the masjids.

-please make sure that persons appointed as civilian liaison has Islamic knowledge

## Mohammed Mujumder

## MA LLB (equivalent to US JD) LLM, (NY)

Law Office of Barry Silberzweig, PC

271 Madison Avenue 3rd Floor

New York, NY 10016

Phone: 212-481-4801 ext 313

Fax: 212-679-8248

Cell: 917-597-6349

Email:  mmujumder@silberzweig.com

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration for Comment and Request for Extension of Time in Raza and Handschu litigations

1 message

**Iman Boukadoum** <iman@interfaithcenter.org>                 Tue, Apr 5, 2016 at 12:38 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: "Rev. Chloe Breyer" <cbreyer@interfaithcenter.org>

Dear Honorable Judge:

On behalf of the Interfaith Center of NY (ICNY), I write this email to register ICNY as an organization prepared to comment on April 19 before your Court.

ICNY is an non-profit organization that works with hundreds of diverse, immigrant, faith leaders on social justice issues. We engage in political activism, including acts of civil disobedience, with some Muslim communities regularly, including some of those implicated in the Raza and Handschu litigations.

Respectfully, from ICNY's vantage point and that of others, we know that there is a dearth of knowledge regarding the terms of this proposed settlement with massive sectors of the Muslim and political activist communities not even knowing about its existence. More, even impacted people who do know there is a proposed settlement, find themselves spectacularly confused by its terms. A time extension would, without question, ameliorate these issues while not hurting the terms or interests of the Raza plaintiffs, to our knowledge. Of course, not every impacted person in the class is going to master the terms of this proposed settlement, nor are community organizations naïve enough to expect this. However, we do fear, that huge swaths of impacted communities are being left out of this consequential conversation.

Lastly, while ICNY continues to support the idea of an extension of time, and gave Mr. Mohammadi the consent to add ICNY to a list of organizations asking for more time that was filed with your Court last week, we want to clarify that we are not in an attorney-client relationship with his law firm.

We look forward to testifying on April 19 at 10 am.

Very truly yours,

Iman Boukadoum, Esq. on behalf of the Interfaith Center of New York

Interfaith Center of New York

475 Riverside Drive, Suite 540

New York, New York 10115

 (212) 870-3515

 iman@interfaithcenter.org

@ibouks

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Registering to testify
1 message

**alana krivo-kaufman** <alana@jewishvoiceforpeace.org>                  Tue, Apr 5, 2016 at 12:54 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

Alana Krivo-Kaufman
Elena Stein


--

------------
Alana Krivo-Kaufman |East Coast Regional Organizer| Jewish Voice for Peace |
www.jvp.org | 718.855.4515 NYC office | 614.425.7469 cell

 **Gmail**                                           **Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

**Y A** <youie0067@hotmail.com>                                    Tue, Apr 5, 2016 at 2:13 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Yousif Almontaser
Address: 1335 W 7th St. Apt H 2, Bklyn NY 11204.


Thank you.

**Jethro Eisenstein** <handschusettlement@gmail.com>              Wed, Apr 6, 2016 at 12:09 PM
To: Y A <youie0067@hotmail.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY
[Quoted text hidden]

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# registering for Raza/Handschu Fairness hearing
1 message

**Dante Barry** <dante.barry@millionhoodies.net>      Tue, Apr 5, 2016 at 3:14 PM
To: handschusettlement@gmail.com

Would like to register for Raza/Handschu Fairness hearing.

Million Hoodies Movement for Justice
Dante Barry will be submitting comment
330 W 42nd Street, Suite 900, New York, NY 10036

Dante Barry

Executive Director
Million Hoodies Movement for Justice
o: 212-471-1385 | c: 609-234-6528
Website | Facebook | Twitter | YouTube
**Schedule a meeting.**

*Pre-register for Million Hoodies Congress 2016, our national membership convening in Greensboro, NC. Sign up today to receive compelling Black news sent to your phone with our new media platform, PushBlack Now.*

 **Gmail**　　　　　　　　　　　　**Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19FAIRNESS HEARING

1 message

**Wylie Stecklow** <wylie@sctlaw.nyc>　　　　　　　　　　　Tue, Apr 5, 2016 at 3:18 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: Wylie Stecklow <wylie@sctlaw.nyc>

Wylie Stecklow

217 Centre Street, 6th Floor

New York, NY  10013

212 566 8000


Please take notice by this email dated April 5, 2016, that I (insert full name) would like to register to submit a comment for consideration at the Handschu fairness hearing.

Thank you. I understand that comments are due by the hearing date of April 19, 2016

Wylie


Wylie M. Stecklow
**STECKLOW & THOMPSON**
217 Centre Street - 6th Floor
New York, New York 10013
Telephone: 212 566 8000 ext 3
Facsimile: 212 202 4952
Email: Wylie@SCTLaw.NYC
Web: www.LawyersForTheRestofUs.com

 **Gmail**

Jethro Eisenstein <handschusettlement@gmail.com>

---

**REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING**
1 message

---

**Paul Bartlett** <aurora2050@gmail.com>
To: handschusettlement@gmail.com
Cc: Wylie Stecklow <wylie@sctlaw.nyc>

Paul Bartlett
184 Norfolk St #3C
New York, NY, 10002

Please take notice by this email dated April 5, 2016, that I Paul Bartlett would like to register to submit a comment for consideration at the Handschu fairness hearing.

Thank you. I understand that comments are due by the hearing date of April 19, 2016

Paul Bartlett
aurora2050@gmail.com

 **Gmail**                                    **Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING

1 message

**David Thompson** <dthompson@sctlaw.nyc>                    Tue, Apr 5, 2016 at 3:44 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>
Cc: Wylie Stecklow <wylie@sctlaw.nyc>

David A. Thompson

217 Centre Street, 6th Floor

New York, NY 10013

(212) 566-8000


Please take notice by this email dated April 5, 2016 that I, David A. Thompson, would like to register to submit a comment for consideration at the Handschu fairness hearing.  I understand that all comments are due by the hearing date of April 19, 2016.


David Thompson
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone:  (212) 566-8000
Fax:      (212) 202-4952

 **Gmail** **Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTRATION TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING
1 message

**Kurt Opprecht** <kurtopprecht@me.com>                                     Tue, Apr 5, 2016 at 3:54 PM
To: handschusettlement@gmail.com
Cc: Wylie Stecklow <wylie@sctlaw.nyc>, Paul Bartlett <aurora2050@gmail.com>

Kurt Opprecht
4973 Partridge Way
Ogden, UT 84403

Please take notice by this email dated April 5, 2016, that I Kurt Opprecht would like to register to submit a comment for consideration at the Handschu fairness hearing.

Thank you. I understand that comments are due by the hearing date of April 19, 2016

Kurt Opprecht
thurston@opprecht.net

 **Gmail**                    **Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING
1 message

**John McGarvey** <john@licboathouse.org>          Tue, Apr 5, 2016 at 3:56 PM
To: handschusettlement@gmail.com
Cc: wylie@sctlaw.nyc

Hi,

I'm -

John McGarvey
44-78 23rds St
LIC, NY
11101

Please take notice by this email dated April 5, 2016, that I, John McGarvey would like to register to submit a comment for consideration at the Handschu fairness hearing.

Thank you. I understand that comments are due by the hearing date of April 19, 2016


John McGarvey
Chairperson
john@licboathouse.org
http://www.licboathouse.org/
917-572-0206

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

---

# Testimony
1 message

---

**Aldo Perez** <pres.nypc@gmail.com>                    Tue, Apr 5, 2016 at 3:57 PM
To: handschusettlement@gmail.com

To Whom It May Concern,

I Aldo Rafael Perez, President of the New York Political Coalition Inc. would like to have the opportunity to speak on behalf as a Muslim American in the matter of the NYPD surveillance settlement. I understand that my testimony will be before the Southern District Court and I am well aware of date and time.
Your assistance would be greatly appreciated and I look forward to sharing my statement. If you may have any questions please do not hesitate to contact me.


Kind Regards,

**Aldo Rafael Perez,**
**President, NYPC**
**WE ARE ONE**
2006 Westchester Ave
Bronx, New York 10462
pres.nypc@gmail.com
718-924-6889

**UNITY IS THE ONLY SOLUTION FOR OUR VOICES TO BE HEARD**

**CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register handschu hearing
3 messages

---

**Barbara Ross** <barbaraross2@gmail.com>           Tue, Apr 5, 2016 at 4:28 PM
To: handschusettlement@gmail.com

Is there any other information that you need to register in order for to enter a comment for the handschu hearing

Thank you

Barbara Ross
133 East 15th street 1A
New York, NY 10003

---

**Jethro Eisenstein** <handschusettlement@gmail.com>        Tue, Apr 5, 2016 at 4:52 PM
To: Barbara Ross <barbaraross2@gmail.com>

name and address please

On Tue, Apr 5, 2016 at 4:28 PM, Barbara Ross <barbaraross2@gmail.com> wrote:
Is there any other information that you need to register in order for to enter a comment for the handschu hearing

Thank you

Barbara Ross
133 East 15th street 1A
New York, NY 10003

---

**Barbara Ross** <barbaraross2@gmail.com>           Tue, Apr 5, 2016 at 5:15 PM
To: Jethro Eisenstein <handschusettlement@gmail.com>

They are in the email below

On Tue, Apr 5, 2016 at 4:52 PM, Jethro Eisenstein <handschusettlement@gmail.com> wrote:
name and address please

On Tue, Apr 5, 2016 at 4:28 PM, Barbara Ross <barbaraross2@gmail.com> wrote:
Is there any other information that you need to register in order for to enter a comment for the handschu hearing

Thank you

Barbara Ross
133 East 15th street 1A
New York, NY 10003

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

---

## fairness hearing
1 message

---

**Brigitt Keller** <director.npap@nlg.org>                        Tue, Apr 5, 2016 at 5:16 PM
Reply-To: director.npap@nlg.org
To: handschusettlement@gmail.com

To whom it may concern:

Notice of intent to file comments on the settlement.  I will file comments in my personal capacity; organizational affiliation for identifying purposes only.

Respectfully,

Brigitt Keller


Brigitt Keller, Esq.

Executive Director, NPAP

499 7th Avenue 12N

New York, NY 10018

director.npap@nlg.org

212 630 9939

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Public Comment
1 message

**Keegan Stephan** <keegan.stephan@gmail.com>                  Mon, Apr 4, 2016 at 1:56 PM
To: handschusettlement@gmail.com

Keegan Stephan
41-19 41st St, Apt 4H
Sunnyside, NY 11104

Hello, my name is Keegan Stephan. I am an organizer with NYC Shut It Down, a group that organizes weekly
political demonstrations in NYC called "Peoples Mondays" in affiliation with the Black Lives Matter movement.

Our demonstrations are regularly policed by the NYPD, as noted in multiple news outlets, including this piece by
the Intercept ( https://theintercept.com/2015/08/18/undercover-police-spied-on-ny-black-lives-matter/ )

As such, we are preparing testimony for the public comment hearing on April 19th, and would like to present it at
that time.

Best regards.
-Keegan Stephan

# UNDERCOVER POLICE HAVE REGULARLY SPIED ON BLACK LIVES MATTER ACTIVISTS IN NEW YORK

George Joseph

Aug. 18 2015, 5:27 p.m.

   
52



Photo: Anadolu Agency/Getty Images

Documents obtained by *The Intercept* confirm that undercover police officers attended numerous Black Lives Matter protests in New York City between December 2014 and February 2015. The

documents also show that police in New York have monitored activists, tracking their movements and keeping individual photos of them on file.

The nearly 300 documents, released by the Metropolitan Transit Authority and the Metro-North Railroad, reveal more on-the-ground surveillance of Black Lives Matter activists than previous reports have shown, conducted by a coalition of MTA counterterrorism agents and undercover police in conjunction with NYPD intelligence officers.

This appears to be the first documented proof of the frequent presence of undercover police at Black Lives Matter protests in the city of New York, though many activists have suspected their presence since mass protests erupted there last year over a grand jury's decision not to indict Daniel Pantaleo, a police officer involved in the death of Eric Garner.

The protest surveillance and use of undercover officers raises questions over whether New York-area law enforcement agencies are potentially criminalizing the exercise of free speech and treating activists like terrorist threats. Critics say the police files seem to document a response vastly disproportionate to the level of law breaking associated with the protests.

The documents were released to activists after several requests under New York's Freedom of Information Law, which asked for records from the MTA, MTA Metro-North, the New York State Police, and the NYPD pertaining to Black Lives Matter protests at Grand Central Terminal between November 2014 and January 2015.

In the 118 pages released by the MTA, the names of undercover

police officers are redacted at least 58 times in five December 2014 protests, 124 times at five protests in January 2015, and 10 times at one protest in February 2015. *The Intercept* has been unable to contact any of the undercover police reporting on protests because the MTA said it redacted the "names of undercover police officers," citing the New York Public Officers Law stipulating that certain records, which "if disclosed could endanger the life or safety of any person," may be withheld. Metro-North also redacted the names of undercover officers. Both entities also said they redacted location and contact information for regular MTA police named in the documents.

Together the 118 MTA and 161 Metro-North documents also showed monitoring of an additional protest in November 2014, 11 protests in December 2014, nine protests in January 2015, and two protests in February 2015 by MTA officials and undercover police working at times in conjunction with NYPD officers.

In response to *The Intercept*'s request for information on the use of undercover police officers at Grand Central protests, MTA spokesperson Adam Lisberg issued the following statement: "The Metropolitan Transportation Authority Police Department must ensure the safety and security of millions of people who pass through our railroad systems every day, at a time when transportation networks have been persistently targeted by terrorists. We accommodate peaceful protest in our transportation system, while also ensuring that protest activities do not prevent customers from using the system for transportation. We take all appropriate police measures to ensure the safety and security of our customers, but we do not discuss the particulars of those operations."

The NYPD has not released documents in response to the request, but documents released by the MTA and Metro-North show that NYPD officials have also been involved in the surveillance of Black Lives Matter protests in Grand Central and beyond. The NYPD did not respond to a request for comment.

Many of the documents released include live updates on protests from undercover police officers, reporting on group sizes, and the tracking of protesters' movements around the city, particularly the movements of New York's "People's Monday" protests, which focus attention on, and demonstrate on behalf of, victims of police brutality, and which repeatedly convene at Grand Central. Some of the reports go further than tracking group movements, however, referring to specific activists and including photos of them.

In one document concerning a protest on Martin Luther King Jr. Day, for example, an officer, whose name is redacted because of his undercover status, sends frequent updates on protesters' movements in Grand Central. The officer also notes that Jose LaSalle, founder of New York police watchdog group Copwatch Patrol Unit, has been "observed inside Grand Central Terminal." LaSalle is mentioned four times in the documents, twice for delivering a "mic check" and twice for his mere presence, as seen in document below. His picture also appears in the files several times:

**Cutler, Ann**

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, January 15, 2015 7:09 PM |
| **Subject:** | 15JAN2015 MLK PROTEST Update #6 |
| **Attachments:** | GCT 1845 hrs 15JAN2015.JPG; GCT 1847 hrs 15JAN2015.JPG |

15JAN2015 MLK PROTEST
Thursday, 15 January 2015

Update #6

1906 hrs
Location: GRAND CENTRAL TERMINAL
Protest group now marching to the lower level. (ICTF)

1859 hrs
Location: GRAND CENTRAL TERMINAL
Approximately 50-60 protesters inside GCT on main concourse. (ICTF)

1847 hrs
Location: GRAND CENTRAL TERMINAL
Group now marching with "Black Lives Matter" banner. See attached photos. (ICTF)



OBSERVED INSIDE GRAND CENTRAL TERMINAL
Jose LaSalle, founder of New York City's Copwatch Patrol Unit

**From:**
**Sent:** Thursday, January 15, 2015 6:43 PM
**Subject:** 15JAN2015 MLK PROTEST Update #5

15JAN2015 MLK PROTEST
Thursday, 15 January 2015

Update #5

1

"I think its just another example of how anyone who is practicing their constitutional rights and speaking against the government is going to be considered a domestic problem," says LaSalle. "It's sad because all we're doing is speaking because we feel there is no justice for people being brutalized by the system. It's sad we have

to be targets of surveillance when were not committing crimes."

Alex Vitale, a Brooklyn College associate professor in sociology, whose work focuses on policing, argues this is part of a long history of police surveillance of activists like LaSalle. "Historically, law enforcement, both local and national, have a track record of keeping files on activists, engaging in surveillance, and targeting for excessive enforcement action people identified in leadership roles in social movement," he said. "The evidence shown by these documents raises warning flags about resources committed and, more importantly, the degree to which local police agencies are potentially targeting non-violent activists."

The documents also hint that such surveillance operations may be targeting groups across the city. For example, one email chain from December 9 included a table with the protest plans of four groups, including those of "Students and Faculty from East Side Community High School," a public school in Manhattan's East Village:

NYC - GARNER / FERGUSON Grand Jury Decision Protests; TODAY

TUESDAY, 9 DEC 2014

| Date | Day | Start | End | Group/Event | Proposed Location | Reason | Pct | |
|------|-----|-------|-----|-------------|-------------------|--------|-----|---|
| 9-Dec | Tue | 14:30 | 16:00 | Students and Faculty from East Side Community High School | Start at East Side Community High School (420 East 12th St) then **MARCH** to **Eastern District Courthouse** (225 Cadman Plaza) via BK Bridge Footpath | March in response to Eric Garner's GJ Decision | PBMS & 84 | |
| 9-Dec | Tue | 16:00 | Unk. | National Action Network | 41 Bay Street, SI | Response Protest to Eric Garner's Grand Jury Decision | 120 | |
| 9-Dec | Tue | 17:00 | Unk. | Peoples Power Assembly | Union Square | Response Protest to the Ferguson, MO decision | 13 | |
| 9-Dec | Tue | 17:00 | Unk. | Stop Mass Incarceration Network | North End of Union Square | Flash-Mob/ Die-In then **MARCH** "Through the City" | 13 | |
| 9-Dec | Tue | 17:00 | Unk. | Stop Mass Incarceration Network | Meet-up at Union Square then **MARCH to 1 PP** | "Justice for Eric Garner" | 13 & 5 | |

5

Though the documents were obtained from the MTA and Metro-North, they include several references to collaboration with NYPD officers. In one email from January 1, 2015, for example, an undercover police officer shares attached field reports and photographs of a protest at Grand Central, which MTA

counterterrorism agents provided "in conjunction with NYPD Intel team members."



**Cutler, Ann**

| | |
|---|---|
| From: | |
| Sent: | Thursday, January 01, 2015 8:22 PM |
| To: | Diaz, Raymond |
| Cc: | Finneran, Kathleen; Berlingieri, John; Montgomery, Sean; Hammam, Keyla; Cheung, David |
| Subject: | GCT Protest Summary 01Jan2015 Part 1 |
| Attachments: | GCT Protest 01JAN15.doc; GCT 1729 hrs.bmp; GCT 1722 hrs.bmp; GCT 1713 hrs.bmp; GCT 1712 hrs.bmp; Facebook page.bmp |

Please see attached summary, photographs, etc. with regard to this evening's protest event at Grand Central Terminal. MTAPD ICTF Field Team (Hammam/Cheung) provided photographs and field reports in conjunction with NYPD Intel team members.

CONFIDENTIALITY NOTICE: This email, including any attachments, may contain confidential and privileged information which is intended for the exclusive use of the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this transmission is strictly prohibited.

1

In another document, sent February 13 concerning a demonstration at Grand Central, Anthony D'Angelis, identified in

the document as an MTA liaison with the NYPD's counterterrorism division, shared and labeled a photo of Alex Seel, a local photographer. In the documents, D'Angelis uses an NYPD email address.



It is unclear if any of the undercover police officers, whose names are redacted in the documents, are themselves NYPD personnel. According to the ACLU, if the NYPD is collecting information about protesters at Grand Central along the lines of the photographs that MTA appeared to collect, it may be in violation of the historic "Handschu agreement," which regulates the department's monitoring of political groups.

Under the decree, "the NYPD is not permitted to retain information gathered from public events unless it's connected to suspected criminal or terrorist activity," says Nusrat Choudhury, an attorney at the ACLU. "They cannot identify someone and have their photo in their files unless they have evidence supporting reasonable suspicion that he was about to commit criminal activity or had engaged in criminal conduct."

Regardless of these legal gray areas and the confusing blend of agencies engaged in the surveillance, several protesters at Grand Central say they are perturbed by the photo file's existence, considering that Seel did not share his name publicly that night and usually only comes to the protests as a quiet photographer. "I was surprised that they had photos of Alex," says Kim Ortiz, a Black Lives Matter organizer with the Grand Central People's Monday group, also known by its hashtag, #PeoplesMonday. "He doesn't do any of the planning. It's very telling. If they're focusing on someone who's a silent supporter, I can't imagine what they're doing to people more at the forefront."

Seel says he was "surprised by how specific they were with me, calling me photographer, and a documenter, and I'm pretty sure that photo is from Penn Station, so they definitely had it on file or

something. If you look at my A14 pictures, I caught some serious stuff — cops pushing people over — that's my take on it. … So it's definitely a fear tactic used to break down certain aspects of the movement. They know that we're the lens of the movement."

The MTA and Metro-North documents also show that numerous counterterror and intelligence agents are involved in this monitoring, despite repeated references in the documents to the "peaceful" and "orderly" nature of the demonstrations. The Department of Homeland Security similarly commented on the lack of violence at Black Lives Matter protests in documents describing monitoring of those protests, published previously by *The Intercept*.

In an MTA document from January 12, D'Angelis, the NYPD counterterrorism division liaison, shared pictures that an unnamed "activist posted" of police milling around Grand Central. The photos in the email appear to be from the Twitter account of Black Lives Matter activist Keegan Stephan. Just beneath the photos, D'Angelis's email claims the document is for "deterring, detecting, and preventing terrorism."



Detective Anthony D'Angelis
MTA PD (ICTF)
NYPD CTD Liaison

Unclassified //For Official Use only // Law Enforcement Sensitive Third Agency dissemination of this material is prohibited
without prior MTA PD approval. This document is for deterring, detecting and preventing terrorism. This document
contains law enforcement sensitive material and be shared appropriately , it should be protected from public
dissemination.

2

In another document from a December 7 protest for Eric Garner,
Detective Keyla Hammam, identified as a member of the MTA's
Interagency Counter-Terrorism Task Force, shared a photo of
prominent activist and former Philadelphia police officer Ray
Lewis. An undercover police officer made an entry accompanying

Hammam's photo, mentioning Lewis' past activities with Occupy Wall Street and stating: "A retired Philadelphia Police Officer in uniform is one of the protesters at Grand Central Terminal. He is also known to NYPD as a protestor in OWS and has an arrest record with NYPD." (Lewis was arrested on disorderly conduct charges in connection with an Occupy Wall Street protest; the case was later closed by prosecutors.)

"I wasn't surprised at all," Lewis said when asked about the monitoring. "From my experience in law enforcement, I know the key concept to knocking out all protests is taking out leaders. So they see certain people and target them."



Vitale, the sociology professor, argues that police response to peaceful protests and civil disobedience is often wrongly designed to resemble counterterrorism operations, illustrating a broader mission creep in policing over the last decade. "Protests by their nature are disruptive, and that by itself should not be grounds for

surveillance and file-keeping," he said. "But in the post-9-11 environment, there's been a major shift towards risk aversion and massive expansion of intelligence gathering in a way such that protest activity often gets lumped in with terrorism investigation."

In January, NYPD Commissioner Bill Bratton stirred controversy when he announced that the department would commingle efforts against terrorism with the containment of protests. Bratton said his new Strategic Response Group "is designed for dealing with events like our recent [Eric Garner] protests, or incidents like Mumbai or what just happened in Paris." Bratton also noted, "In New York, dealing with terrorism, and large-scale disorder, and other so-called 'black swan' events involves similar skill sets."

Many Black Lives Matter activists argue the surveillance documented in the MTA files does not constitute crime or terrorism prevention, especially given how non-confrontational the People's Monday protest events have been.

"We do the same thing every week," says Stephan, the People's Monday organizer whose Twitter photos were in the documents. "We read aloud the facts of their cases, and statistics about police killings, generally. … The biggest confrontation that has occurred was when police threatened to arrest us for doing die-ins, but ultimately, they didn't even make arrests for this — and haven't — because even when we do die-in we aren't obstructing access to the trains."

Indeed, many of the MTA and Metro-North documents support Stephan's claim, mentioning that the protests remain "peaceful," "orderly," "in order," and "all orderly." According to one email

exchange from January 19, 2015, still in the swing of the post-Eric Garner non-indictment protests, top MTA officials casually discussed a Grand Central protest, CC'ing the Metro-North's chief security officer and remarking that protesters "just began chanting. The usual routine."



**Montanino, Linda**

| | |
|---|---|
| From: | Rehbein, Kim |
| Sent: | Monday, January 19, 2015 6:20 PM |
| To: | Rinaldi, Catherine |
| Cc: | Fleischer, Randall; Giulietti, Joseph; Ryan, Sean |
| Subject: | Re: Protestors |
| Attachments: | image1.jpeg |

Estimated at 100 now

On Jan 19, 2015, at 6:15 PM, Rinaldi, Catherine <crinaldi@mnr.org> wrote:

> Thanks. Still the typical routine?
>
> Sent from my Verizon Wireless 4G LTE smartphone
>
> -------- Original message --------
> From: "Rehbein, Kim"
> Date:01/19/2015 5:58 PM (GMT-05:00)
> To: "Fleischer, Randall"
> Cc: "Giulietti, Joseph" ,"Rinaldi, Catherine" ,"Ryan, Sean"
> Subject: Re: Protestors
>
> Group is now at 50.
>
> On Jan 19, 2015, at 5:54 PM, Fleischer, Randall <RFleischer@mnr.org> wrote:
>
>> Joe/ Cathy,
>> We have about 20 protestors on the main floor at this time. Just began chanting.
>> The usual routine.
>>
>> Randy
>>
>> Randall J. Fleischer
>> Vice President
>> Grand Central Terminal and Corporate Development
>> MTA Metro North Railroad      212-340-
>> 3153

Nonetheless, this intelligence gathering on activists by undercover police and counterterrorism agents continued, according to the documents.

Comedian and Black Lives Matter activist Elsa Waithe believes the purpose of this intense police surveillance is to chill dissent and gather information in order to better target organizers. Waithe stopped attending the weekly Grand Central protests after an April 14 demonstration in which video shows her being shoved by a man identified as a police officer, allegedly because Waithe was trying to film an arrest.



"Weeks before the assault, a police officer referred to me by name, and I don't know how he knew it," says Waithe. "We were in Grand Central just about every single week before, so they set up a crow's nest — like two to three guys with cameras standing up high above the concourse — a lot of those photos in your

documents look like it must have come from that angle. When you know they're recording and watching you — that's a feeling I can't ever shake. I don't know what they're doing with all those hours of tape because there's nothing much there. It's just being used to intimidate us."

Waithe argues this prior surveillance in part contributed to her assault: "The day it happened, someone was getting arrested pretty roughly so I went to go film cause I'm a member of Copwatch. The officer shoved me back like a football player and I fell to the ground. I fell onto a wrought iron metal tree guard, and had to be taken in the ambulance because of severe swelling in my ribs. I think they already had information on me and saw that as an opportunity."

Nonetheless, according to organizers, the intensity of this surveillance was expected from the get-go and dogged many of them even before the Black Lives Matter movement. Angie Brilliance, an organizer from Chicago with the group Black Youth Project 100, recalls fighting in a 2012 campaign for a mental health care facility in one of Chicago's black neighborhoods, only to find out that some of the most provocative organizers among them may have been police informants.

"We need to be aware, especially given the digital organizing of the modern era, about how we're being tracked," says Brilliance. "I know we and many groups we're affiliated with try as much as possible to not put any plans down on digital documents, to meet in person, and other strategies I probably shouldn't make public — we have to learn from what the state did to break up our ancestors' struggles."

Most Black Lives Matter activists interviewed by *The Intercept* noted that while the intense surveillance of their lives gave them pause, it wouldn't stop them from protesting.

"Some of this surveillance is meant to scare us and potentially to figure out what people's next steps are," says DeRay Mckesson, an activist whose prominent social media presence has reportedly been monitored by both private cybersecurity firms and the Department of Homeland Security. "But what we're doing is right."

## CONTACT THE AUTHOR:



George Joseph

✉ george.joseph@firstlook.org

🐦 @georgejoseph94

⌄ 💬 52 Comments (closed)



# Newsletter
# Don't miss the best of
# The Intercept

Enter your email address

*Email list managed by MailChimp*

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## Sent on behalf of Victor A. Kovner: Fairness Hearing Comment
1 message

**Curtin, Sheila** <SheilaCurtin@dwt.com>　　　　　　　　Tue, Apr 5, 2016 at 5:27 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

Dear Sir or Madam:

Please see attached. The original of this letter will follow via First-Class mail. Thank you.

Attach:

**Sheila Curtin** | Davis Wright Tremaine LLP
**Legal Secretary**
1251 Avenue of the Americas, 21st Floor | New York, NY 10020

Tel: (212) 603-6413 | Fax: (212) 489-8340
Email: sheilacurtin@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

 **Letter - Handschu Settlmt.pdf**
70K



21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Victor A. Kovner**
212-489-8230 tel
212-489-8340 fax

victorkovner@dwt.com

April 5, 2016

<u>**Via Regular Mail**</u>

Handschu Settlement
Clerk's Office
U.S. District Court
500 Pearl Street
New York, NY 10007

     Re:    Fairness Hearing Comment
            Handschu v. Special Services Division
            <u>71 Civ. 2203 (CSH)</u>

Dear Judge Haight:

Thank you for inviting the public to offer comments concerning the January 2016 proposal to amend the Modified Handschu Guidelines, which the court is reviewing.

I am a member of the Class. I am a partner at the law firm of Davis Wright Tremaine LLP and until 1998 was a partner at Lankenau, Kovner & Outten, which merged with the Davis Wright firm. I specialize in First Amendment and media law. I have been active in nonprofit and civic organizations, including as a co-founder of the Media Law Resource Center, served as former Chair of the Committee on the Judiciary and the Committee on Communications and Media Law of the Association of the Bar of the City of New York. I was a member and former Chair of the New York State Commission on Judicial Conduct and am a board member and former Chair of The Fund for Modern Courts.

More pertinent to the comments I wish to offer, I am a former Corporation Counsel of the City of New York having served in that capacity in 1990 and 1991. There, I had the opportunity to deal with issues arising under the Handschu Guidelines as they existed at the time.

I strongly support the proposed amendments to the Modified Handschu Guidelines jointly offered by Class Counsel and the New York City Police Department. I have followed the *Handschu v. Special Services Division* litigation since the Handschu Guidelines came into effect thirty years ago, since I knew and respected Professor Paul Chevigny of New York University Law School, who was leading much of the effort at the time. My work for Mayor Dinkins and Commissioner Lee Brown included representing the New York Police Department during the early years of the NYPD's operation under the Handschu Guidelines.

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

100% ♺                                                www.dwt.com

I have also followed developments over the last fifteen years as this court has grappled with finding a balance to protect constitutional freedoms of New Yorkers in the contemporary complex environment. In my opinion, while there is much to be said for ensuring greater compliance with CFR, Part 23 relating to the retention of non-criminal records, on balance, the proposed amendments present sensible and clear assistance for the New York City Police Department. Incorporating explicit protections against racial, religious and ethnically motivated policing reflects values the public, the City Council and the courts have recognized as a cornerstone of constitutional policing. Creation of a Committee within the Intelligence Bureau to consult with the Commissioner of Intelligence to assure investigations have a law enforcement basis promises to help curtail excesses such as the wide and broad investigations of lawful activity in the Muslim community documented by the Associated Press and other media. And the restoration of a civilian appointed by the Mayor to participate in the process within the Police Department is an important development which will help the NYPD exercise thoughtful judgment as it carries out its public safety mission.

Thank you for considering my comments.

Respectfully,

Victor A. Kovner

cc: Copy via email to handschusettlement@gmail.com

 Gmail                  **Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration to comment

1 message

**Hina Shamsi** <hshamsi@aclu.org>            Tue, Apr 5, 2016 at 5:29 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

I write on behalf of Plaintiffs and Counsel in *Raza v. City of New York*, to register the following people:

Imam Siraj Wahhaj
c/o ACLU
125 Broad Street, 18th floor
New York, NY 10004

Imam Hamid Hasan Raza
c/o ACLU
125 Broad Street, 18th floor
New York, NY 10004

Mohammad Elshinawy
c/o ACLU
125 Broad Street, 18th floor
New York, NY 10004

Asad Dandia
c/o ACLU
125 Broad Street, 18th floor
New York, NY 10004

Mohammad Mohammad
(or other representative of Muslims Giving Back)
c/o ACLU
125 Broad Street, 18th floor
New York, NY 10004

Hina Shamsi
ACLU National Security Project
125 Broad Street, 18th floor
New York, NY 10004

Ramzi Kassem
CLEAR project
Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101

Arthur N. Eisenberg
New York Civil Liberties Union Foundation

125 Broad Street, 19th Floor
New York, NY 10004

Sincerely,


**Hina Shamsi**
Director, National Security Project
American Civil Liberties Union
125 Broad St., New York, NY 10004
■ 212.284.7321 ■ hshamsi@aclu.org
www.aclu.org 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Kelly Grace Price would like to comment at the April 19th Handshu Hearing
1 message

**Grace** <gorgeous212@gmail.com>                                    Tue, Apr 5, 2016 at 5:30 PM
To: handschusettlement@gmail.com

Kelly Grace Price
534 w 187th sty apt #7
New York, NY 10033

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Register For April 5th Hearing
2 messages

---

**ENVJOEL@IX.NETCOM.COM** <envjoel@ix.netcom.com>          Tue, Apr 5, 2016 at 5:34 PM
To: handschusettlement@gmail.com

To Whom It May Concern,

I would like to register for the hearing on April 5, 2016.

Full Name: Joel R Kupferman
Address:  225 Broadway Suite 2625 NY NY 10007-3094

Thank you.

---

   Virus-free. www.avast.com

---

**Jethro Eisenstein** <handschusettlement@gmail.com>          Wed, Apr 6, 2016 at 12:17 PM
To: "ENVJOEL@IX.NETCOM.COM" <envjoel@ix.netcom.com>

Please be advised that the hearing is scheduled for April 19, 10 a.m. at the Federal Courthouse, 500 Pearl Street,
New York, NY

[Quoted text hidden]



**Jethro Eisenstein <handschusettlement@gmail.com>**

# REGISTER TO SUBMIT COMMENTS AT HANDSCHU APRIL 19 FAIRNESS HEARING

1 message

**Michael Hardy** <hardy@nationalactionnetwork.net>                          Tue, Apr 5, 2016 at 5:44 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

    Name:         MICHAEL A. HARDY, ESQ.

    ADDRESS:      NATIONAL ACTION NETWORK, INC.

                106 WEST 145TH STREET

                NEW YORK, NEW YORK 10039

                Direct Dial – (646) 380-2167

Please take notice by this email dated April 5, 2016, that I, Michael A. Hardy, General Counsel, National Action Network, would like to register to submit a comment for consideration at the Handshu fairness hearing.   I understand that comments are due by the hearing date of April 19, 2016.

Thank you for your consideration.

Michael A. Hardy, Esq.

General Counsel/EVP

National Action Network, Inc.

106 West 145th Street

New York, New York 10039

(646) 380-2167 (Direct Dial)

(212) 690-3070 (Office)

(646) 380-2185 (Facsimile)

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Handschu Settlemen Comments
1 message

**Aisha al-Adawiya** <aisha.aladawiya@gmail.com>  Tue, Apr 5, 2016 at 6:22 PM
To: handschusettlement@gmail.com

Good Evening:

As founder and chair of Women in Islam, please consider this registration for comment on the settlement later this month.

Thank you!

--

**Aisha H.L. al-Adawiya**
Founder & Chair
Women In Islam Inc
Post Office Box 814 Lincolnton Station
New York NY 10037-0814
Ph: 212-576-8875
Web: womeninislam.org
FB: Women In Islam Inc.
T: twitter.com/WomenInIslamInc
Blog: muslimwomenhumanrights.wordpress.com

**Member of the Board of Trustees**
**The Forum for Promoting Peace in Muslim Societies in Abu Dhabi, UAE**

*PURSUIT OF THE IDEAL BUILDS CAPACITY TO STRIVE FOR IT!*



**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration to Comment
1 message

**Neelofer I Shaikh** <nis243@nyu.edu>                                    Tue, Apr 5, 2016 at 7:57 PM
To: handschusettlement@gmail.com

Hi,

My name is Neelofer Shaikh and I would like to register to comment on the proposed settlement. My address is 110 West 3rd Street, Apt 1001, New York, NY 10012. I will be attending the fairness hearing and hope to provide comment then.

Thank you!

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

## handschu settlement
1 message

**Amy S Lang** <aslang@syr.edu>                                           Tue, Apr 5, 2016 at 9:03 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>

Amy Schrager Lang
105 West 72 Street, #9A
New York, NY 10023

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registering for hearing
1 message

**Fahd Ahmed** <fahd@drumnyc.org>                                    Tue, Apr 5, 2016 at 10:51 PM
To: handschusettlement@gmail.com

Greetings,

I would like to register our organization, DRUM - Desis Rising Up & Moving, for comment at the Handschu/Raza settlement hearing

We will select a representative from the organization to speak
(If we can determine speaker at a later time, then please put the following name: Shahina Parveen Siraj - only if absolutely necessary)

DRUM - Desis Rising Up & Moving
72-18 Roosevelt Avenue, 2nd Floor
Jackson Heights, NY 11372

:::
Fahd Ahmed
Executive Director
DRUM- Desis Rising Up & Moving
72-18 Roosevelt Avenue
Jackson Heights, NY 11372
Tel (718) 205-3036 / Fax (718) 205-3037
www.drumnyc.org / fahd@drumnyc.org

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registering for hearing
1 message

**Fahd Ahmed** <malangbaba@gmail.com>                    Tue, Apr 5, 2016 at 10:53 PM
To: handschusettlement@gmail.com

Greetings,

I would like to register for comment at the Handschu/Raza settlement hearing

Fahd Ahmed
37-21 80th Street, #3M
Jackson Heights, NY 11372

:::
Fahd Ahmed

 **Gmail**

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Registration for comment -- Tarek Z. Ismail
1 message

**tarek ismail** <ismail.tz@gmail.com>                                Tue, Apr 5, 2016 at 10:57 PM
To: handschusettlement@gmail.com

Hello,

I'd like to register to comment at the hearing on the settlement in the Raza case. Please include me on the list.

Tarek Z. Ismail
352 W 123rd St. Apt. 4
New York, NY 10027
419.509.3705

                    **Jethro Eisenstein <handschusettlement@gmail.com>**

# RE: NYPD surveillance

2 messages

**Phillip Ozaki** <pozaki@lambdalegal.org>                    Tue, Apr 5, 2016 at 11:16 PM
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>, "phillozaki@gmail.com"
<phillozaki@gmail.com>

Hello,

I'd like to register to speak at the April 19 hearing about NYPD Surveillance. My name is Phillip Ozaki. I live at
1059 Bergen Street #2A in Brooklyn 11216. My phone is 773-816-1318 and bday is 10-20-1986.

Please let me know if you need anything else. Thank you!

Phillip

Phillip Ozaki
National Major Gifts Officer
Lambda Legal
Direct: 646-307-7396 | M: 323-875-3869
pozaki@lambdalegal.org
http://www.lambdalegal.org/libertycircle

Western Regional Office
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA  90010-3512
P: 213-382-7600  | F: 213-351-6050

National Headquarters
120 Wall Street, 19th Floor
New York, NY  10005-3919
P: 212-809-8585 x295 | F: 212-809-0055

Lambda Legal: Making the Case for Equality

-----Original Message-----
From: Naz Ahmad [mailto:naz.ahmad@law.cuny.edu]
Sent: Tuesday, April 05, 2016 7:37 PM
To: Phillip Ozaki
Subject: NYPD surveillance

Hello Phillip,

It was an honor to hear you speak about your grandfather last night. Thank you for coming out in the cold and
rain.

I'm the attorney who spoke about NYPD surveillance. If you haven't already, it would be so great if you could
register to comment at the April 19 hearing. Registering doesn't commit you to actually comment in person or in
writing.

To register, just send your name and address to handschusettlement@gmail.com. The deadline is today
(midnight).

Please let me know if you have any questions about the proposed settlement/reforms, happy to discuss further.

Thanks,

Naz

---

**Jethro Eisenstein** <handschusettlement@gmail.com>                 Wed, Apr 6, 2016 at 8:02 AM
To: mrslaw37@hotmail.com

I don't know why this came to me.

---------- Forwarded message ----------
From: **Phillip Ozaki** <pozaki@lambdalegal.org>
Date: Tue, Apr 5, 2016 at 11:16 PM
Subject: RE: NYPD surveillance
To: "handschusettlement@gmail.com" <handschusettlement@gmail.com>, "phillozaki@gmail.com"
<phillozaki@gmail.com>

Hello,

I'd like to register to speak at the April 19 hearing about NYPD Surveillance. My name is Phillip Ozaki. I live at
1059 Bergen Street #2A in Brooklyn 11216. My phone is 773-816-1318 and bday is 10-20-1986.

Please let me know if you need anything else. Thank you!

Phillip

Phillip Ozaki
National Major Gifts Officer
Lambda Legal
Direct: 646-307-7396 | M: 323-875-3869
pozaki@lambdalegal.org
http://www.lambdalegal.org/libertycircle

Western Regional Office
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA  90010-3512
P: 213-382-7600  | F: 213-351-6050

National Headquarters
120 Wall Street, 19th Floor
New York, NY  10005-3919
P: 212-809-8585 x295 | F: 212-809-0055

Lambda Legal: Making the Case for Equality

-----Original Message-----
From: Naz Ahmad [mailto:naz.ahmad@law.cuny.edu]
Sent: Tuesday, April 05, 2016 7:37 PM
To: Phillip Ozaki
Subject: NYPD surveillance

Hello Phillip,

It was an honor to hear you speak about your grandfather last night. Thank you for coming out in the cold and
rain.

I'm the attorney who spoke about NYPD surveillance. If you haven't already, it would be so great if you could
register to comment at the April 19 hearing. Registering doesn't commit you to actually comment in person or in
writing.

To register, just send your name and address to handschusettlement@gmail.com. The deadline is today (midnight).

Please let me know if you have any questions about the proposed settlement/reforms, happy to discuss further.

Thanks,

Naz

 Gmail

**Jethro Eisenstein <handschusettlement@gmail.com>**

# Aber Kawas- Testimony
1 message

**Aber Kawas** <aber.aaany@gmail.com>                    Wed, Apr 6, 2016 at 12:10 PM
To: handschusettlement@gmail.com

Hello,

I'd like to testify the day of the hearing, if it is possible I'd like to be scheduled as early as possible.

Aber Kawas

8801 Bay Parkway

Brooklyn NY 11214

*Salam-Peace & Blessings,*
**- Aber Kawas**

Youth Lead Organizer
The Arab American Association of New York
aber.aaany@gmail.com
347-303-0609