EXHIBIT 1

## Re: [alpha] (note feedback) FBI-NYPD Tensions Highlighted in Terror Case

Released on 2012-09-05 07:00 GMT

| Email-ID | 915038 |
|---|---|
| Date | 2011-11-30 23:58:02 |
| From | sean.noonan@stratfor.com |
| To | alpha@stratfor.com |
| List-Name | alpha@stratfor.com |

…
The point that the divide is within NYPD is contradictory to how they would like present it. The way the pro-NYPD stories cover it is that NYPD CT/Intel has successfully gained influence within the JTTF, almost to the point of having infiltrated it.

Also, I would look forward to that beer, there's a strong possibility he is mostly right.

------------------------------------------------------------------
From: "Fred Burton" <burton@stratfor.com>
To: "Alpha List" <alpha@stratfor.com>
Sent: Wednesday, November 30, 2011 3:07:58 PM
--------------------------------------------------------------------------------------

Fred,
There are two issues with this case (off the record or course).

One is the source was a nightmare and was completely driving the investigation. The only money, planning, materials etc the bad guy got was from.........the source. The source was such a maron, he smoked dope with the bad guy while wearing an NYPD body recorder- I heard in open source yesterday btw, he is going to be charged with drug possession based on the tape. Ought to go over very nicely when he testifies against the bad guy, don't you think?

Issue two is that the real rub is between NYPD Intel, and NYPD - JTTF, Not the FBI per se. The NYPD JTTF guys are in total sync with the Bureau and the rest of the partners who make up the JTTF - I understand there are something like 100 NYPD dics assigned to the JTTF. NYPD Intel (Cohen, et al) on the other hand, are completely running their own pass patterns. They hate their brother NYPD dics on the JTTF and are trying to undermine them at every turn. They are also listening to Cohen who, near as anybody can tell, never had to make a criminal case or testify in court.

I keep telling you, you and I are going to laugh and raise a beer one day, when everything Intel has been involved in during the last 10 years comes out - it always eventually comes out. ==They are going to make Hoover, COINTEL, Red Squads, etc look like rank amatures compared to some of the damn right felonious activity, and violations of U.S. citizen's rights they have been engaged in==. As Rush Limbaugh likes to say, "don't doubt me on this."