EXHIBIT 2

 

# INTELLIGENCE DIVISION
## INTELLIGENCE COLLECTION COORDINATOR
### Deputy Commissioner's Briefing

**Friday, 25 April 08**

**TIU / Sean Bell Verdict Update (Lt ▉▉▉▉, Thurs 24 Apr 08, 2038 Hours):**

- TIU has reached out to all our sources and advised them to be alert to any rhetoric re: the Sean Bell verdict. TIU is especially concerned with and keying on our convert mosques i.e. Ikhwa, Taqwa, Iqquamatideen and MIB (Mosque of Islamic Brotherhood). TIU tasked CI TrueMaster to contact ▉▉▉▉, a subject that the CI encountered last week at ▉▉▉▉ and who spoke to the CI about getting involved with the New Black Panther Party (DD5#78628). This info was passed on to ▉▉▉▉ and we are in the process of identifying this subject. NSTR to date re: Bell verdict.

**SSU / OP# 206 Update (Sgt ▉▉▉▉, Thurs, 24 Apr 08, 1507 Hours):**

- OP# 206 received an email from the Peoples Justice for Community Control and Police Accountability calling for a rally and speak-out on April 25th at 1730 hours in front of the Queens District Attorney's office located at 125-01 Queens Blvd., Kew Gardens, NY; coinciding with the verdict of the Sean Bell trial.

- Endorsers of this email include the War Resisters League, Desis Rising Up and Moving (DRUM), Free Mumia Abu-Jamal Coalition NYC, May 1st Coalition and the International Action Center (IAC) to name a few.

- Unknown number of potential demonstrators.

- Website listed for further information: www.peoplesjustice.org and www.myspace.com/peoplesjustice.

**SSU / OP#197 Update (Sgt ▉▉▉▉, Thurs, 24 Apr 08, 2010 Hours):**

- OP# 197 attended the People's Summit New Orleans from April 20 thru April 22, 2008 located throughout various locations of the greater New Orleans, LA area.

- Approximately 75 – 100 individuals attended from various US cities including NYC, LA, San Francisco and New Orleans.

- "The Friends of Brad Will" was mentioned in conjunction with many Mexican activist groups who will be trying to remove the Governor of Oaxaca, Mexico from office as well as denounce the Security and Prosperity Partnership Plan. The group plans a series of demonstrations in Mexico and across the United States with the support of the Brad Will Movement to force the governor to resign.

LAW ENFORCEMENT SENSITIVE

The Associated Press has redacted information that could identify undercover officers, informants and criminal targets






# INTELLIGENCE DIVISION
## INTELLIGENCE COLLECTION COORDINATOR
### Deputy Commissioner's Briefing

Some of these groups include: United States Marxist-Lenin Party, Mexican Action Network and Critical Resistance New Orleans Chapter.

- Activists from the Jena Coalition and Critical Resistance were in attendance and presented several documentaries based on the alleged racial profiling and the alleged injustices that people of color faced across the country by their respective police departments. The New York Chapter of the Critical Resistance is located at 976 Longwood Ave Bronx, NY.

- Critical Resistance was formerly located on Atlantic Ave near Clinton Ave (confines of the 77 Pct) and at the time was being lead by Ashanti Alston (former Black Panther and Animal Rights Activist). The group hosted events prior to the 2004 Republican National Convention and was raided by the NYPD for selling alcohol to minors.

- Members from the Malcolm X Grassroots Movement NYC Chapter along with Critical Resistance and members of the Sean Bell family will attend the outcome of the Sean Bell case as well as a demonstration scheduled for Friday April 25, 2008. The demonstration will be held at the Queens DA's office located at 125-01 Queens Boulevard to await the judge's verdict.

- May Day (May 1, 2008) rallies will be held in some of the following cities across the United States: San Francisco, Los Angeles, Chicago, Miami, Boston and New York City. The rally in New York City will take place from 1200 to 1600 hours at Union Square. The rally will focus on an end to the ICE deportations of immigrant families, workplace raids taking place across the United States and the Anti-war movement.

- Marisa Franco, a former member of the Ruckus Society based out of Oakland, CA was present at the conference. Ms. Franco has moved to New York City and she will be organizing the May Day demonstrations along with the International Action Center and her not-for-profit organization, Domestic Worker United based in New York City.

- One workshop was led by Jordan Flaherty, former member of the International Solidarity Movement Chapter in New York City. Mr. Flaherty is an editor and journalist of the Left Turn Magazine and was one of the main organizers of the conference. Mr. Flaherty held a discussion calling for the increase of the divestment campaign of Israel and mentioned two events related to Palestine.

- There may be a counter demonstration by a Palestinian organization held near Washington Square Park on May 8, 2008 against the 60 year independence of Israel.

LAW ENFORCEMENT SENSITIVE

The Associated Press has redacted information that could identify undercover officers, informants and criminal targets






# INTELLIGENCE DIVISION
## INTELLIGENCE COLLECTION COORDINATOR
### Deputy Commissioner's Briefing

- The second counter demonstration pertains to the celebration of the Nakba (destruction) being held at the Civic Center of San Francisco. The Palestine Right to Return Coalition (AL-AWDA) is sponsoring the event to be held on May 10, 2008.

**SSU / OP# 197 Update (Sgt ███████, Thurs 24 Apr 08, 1429 Hours):**

- OP# 197 will be participating in the "Times Up" Critical Mass Bike Ride on Friday, April 25, 2008 at 1900 hours starting at Union Square (13 Pct.). OP# 197 was invited to attend the Bike Ride, as well as attend the after party at the "Times Up" headquarters. The event has been known to produce approximately 150 - 250 riders depending on weather conditions.

**SSU / OP# 218 Update (Lt ███████, Thurs 24 Apr 08, 2208 Hours):**

- OP# 218 will be attending a weekend seminar 04/25/2008 – 04/27/2008 entitled "Al Wala Wa'l Bara, which side are you on" taught by Shadeed Muhammad (Graduate of the Islamic University of Medina); to be held at Montclair State University. OP# 218 will be attending with ███████████████████████ and ███████████████. The event schedule is as follows:

- Friday 04/25/2008 1930 hrs to 2200 hrs
- Saturday 04/26/2008 0900 hrs to 1630 hrs
- Sunday 04/27/2008 0900 hrs to 1530 hrs

**SSU / OP# 237 Update (Det ███████, Thurs 24 Apr 08, 1615 Hours):**

- OP# 237 did leave on a Whitewater Rafting trip Monday, April 21, 2008 and returned Wednesday night April 23, 2008.

- The trip was hosted by the EXTREMEGOERS –CCNY SPORTS GROUP; which is essentially run by the MSO.

- On Monday April 21, 2008, OP# 237 was met by ███████████████████████████████, and was driven in ███████████████ to meet the rest of the group in front of the Masjid Nur Al-Islam, 21 Church Ave, Brooklyn, N.Y.

- There were 19 participants in attendance and they utilized their own private vehicles for transportation. Their original destination was Moose River located in Old Forge, N.Y. and was later changed North Creek, located in North River N.Y. Participants camped at this location.

LAW ENFORCEMENT SENSITIVE

The Associated Press has redacted information that could identify undercover officers, informants and criminal targets






# INTELLIGENCE DIVISION
## INTELLIGENCE COLLECTION COORDINATOR
### Deputy Commissioner's Briefing

- OP# 237 noted the following individuals (KTD) did attend:

    - Jawad Rasol Quereshi (ALM)
    - Ahmed Gamea (CCNY-MSO Pres.)
    - Majed Alkady (CCNY-MSO Treasurer)
    - Taha Abdulla (CCNY-MSO Vice Pres.)
    - Ali Ahmed (CCNY-MSO Pres. Extremegoers )

- OP# 237 stated that there were additional participants that attended who were present and former members of the CCNY-MSO.

- OP# 237 stated that it appeared that Ali Ahmed was in charge and did orchestrate the events.

- In addition to the regularly scheduled events (Rafting), the group prayed at least four times a day, and much of the conversation was spent discussing Islam and was religious in nature.

LAW ENFORCEMENT SENSITIVE

The Associated Press has redacted information that could identify undercover officers, informants and criminal targets

