MEMO ENDORSED

**PROFETA & EISENSTEIN**

45 BROADWAY
SUITE 2200
NEW YORK, NEW YORK 10006
(212) 577-6500

TELECOPIER
(212) 577-6702
E-MAIL: PE1616@GMAIL.COM

JETHRO M. EISENSTEIN
EMAIL: JETHRO19@GMAIL.COM

FRED R. PROFETA, JR.
EMAIL: FRP713@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED _1/24/2017_____

January 19, 2017

VIA EMAIL

Honorable Charles S. Haight, Jr.
Richard C. Lee United States Courthouse
141 Church Street
New Haven, Connecticut 06510

      Re: Handschu v. Special Services
        71 Civ. 2203 (CSH)

Dear Judge Haight:

  By memo endorsed on my letter of December 7, 2016, you gave us until January 20, 2017 to advise the Court about the status of the case. As we reported on December 7, 2016, we have been working productively to address the points raised in your Ruling on Proposed Settlement Agreement dated October 28, 2016.

  That process has continued, and we had hoped to complete the process by January 20, but the work-related travel schedules of counsel made it impossible to meet before this week. The parties met again on Wednesday, January 18, and while we had exchanged drafts and comments in the interim, there remain a few issues to iron out.

  Unfortunately, work-related travel schedules are again delaying a follow-up meeting. We will not be able to assemble again until February 15. We are therefore asking that you give us until Friday, February 24, 2017 to report. We fully expect to have resolved the remaining issues by that time.

  By memo endorsed on my December 7 letter, you also extended the deadline for defendants to move for reconsideration. Defendants have again asked me to convey their request that the time for them to make such a motion for reconsideration be similarly extended to March 3, 2017,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED  1/24/2017____

Hon. Charles S. Haight, Jr.          2                     January 19, 2017

a week after the date by which we are to report to the Court.

Thank you for consideration of these requests and for your patience.

Respectfully,

*Jethro M. Eisenstein*

Jethro M. Eisenstein

JME/s

cc: Peter G. Farrell, Esq.          Paul G. Chevigny, Esq.
    Martin R. Stolar, Esq.          Franklin Siegel, Esq.
    Arthur Eisenberg, Esq.          Hina Shamsi, Esq.
    Ramzi Kassem, Esq.

---

1/23/2017

The extension mutually prayed for is GRANTED for good cause shown.

While the Court continues unabated in its appreciation of the skill and dedication of counsel for all parties, I must also recall that, during the fairness hearing, many members of the Muslim community expressed heartfelt desires that some action be taken sooner rather than later. I am mindful of the Court's obligation to these class members. I do not say that the extension granted herewith is peremptory. I do not want to have to say that.    SO ORDERED.

*Charles S. Haight*
USDJ