MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED _2/28/2017____

**PROFETA & EISENSTEIN**
45 BROADWAY
SUITE 2200
NEW YORK, NEW YORK 10006
(212) 577-6500
TELECOPIER
(212) 577-6702
E-MAIL: PE1616@GMAIL.COM

JETHRO M. EISENSTEIN
EMAIL: JETHRO19@GMAIL.COM

FRED R. PROFETA, JR.
EMAIL: FRP713@GMAIL.COM

February 24, 2017

VIA EMAIL

Honorable Charles S. Haight, Jr.
Richard C. Lee United States Courthouse
141 Church Street
New Haven, Connecticut 06510

Re: Handschu v. Special Services
71 Civ. 2203 (CSH)

Dear Judge Haight:

I am reporting as directed regarding the state of play. The parties have moved closer to agreement on revised guidelines responsive to the concerns identified in the Court's October 28, 2016 Ruling on Proposed Settlement Agreement. We are working to find acceptable language to address the few remaining issues.

You have been extremely patient and we are grateful for that, but I feel we must request another week. We respectfully request an extension of the reporting date (and, for the sake of good order, of the deadline for defendants to move for reconsideration) to March 6, 2017, by which time we fully expect to have something substantive to present to the Court.

Respectfully,

Jethro M. Eisenstein

JME/s
cc: Peter G. Farrell, Esq.        Paul G. Chevigny, Esq.
    Martin R. Stolar, Esq.        Franklin Siegel, Esq.
    Arthur Eisenberg, Esq.        Hina Shamsi, Esq.
    Ramzi Kassem, Esq.

2/28/2017: Extensions granted for good cause shown. Reporting date extended to and including March 6, 2017. Reconsideration motion due by and including March 13, 2017. SO ORDERED.

Charles S. Haight, Jr.
USDJ