UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BARBARA HANDSCHU, et al.,

                Plaintiffs,                          No. 71 Civ. 2203 (CSH)

     -against-

POLICE DEPARTMENT OF THE CITY OF              JULY 17, 2019
NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------------X

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

      The Court is in receipt of a letter from Corporate Counsel (Attorney Peter G. Farrell, Deputy Division Chief of the Law Department of the City of New York), dated July 15, 2019, which indicates that "Defendants are *not* asserting any of the [applicable] confidentiality provisions" in the Revised Handschu Guidelines (§§ VI (5)(j), (k)) with respect to the "Second Annual Report of the Civilian Representative." *See* attached Letter from Peter G. Farrell, Esq. (Ex. 1) (emphasis in original). The Defendants thus have "no objection to the disclosure" of that report. *Id.* Accordingly, pursuant to section VI (5)(k) of the Revised Handschu Guidelines, the Court hereby directs the Clerk to file the "Second Annual Report of the Civilian Representative" on the public case docket and to serve a copy of said report by first class mail upon Class Counsel:

1

Mr. Jethro Eisenstein
Profeta & Eisenstein
45 Broadway
22nd Floor
New York, New York 10006.

It is SO ORDERED.

Dated: New Haven, Connecticut
July 17, 2019

_____
CHARLES S. HAIGHT, JR.
Senior United States District Judge