UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

BARBARA HANDSCHU, *et al.*,

        Plaintiffs,                  No. 71 Civ. 2203 (CSH)

    -against-

POLICE DEPARTMENT OF THE CITY OF         JANUARY 29, 2021
NEW YORK, *et al.*,

        Defendants.

-----------------------------------------------------------------------------X

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

    Pursuant to paragraph VI(5)(k) of the "Revised Handschu Guidelines" [Doc. 473], the Court hereby provides NOTICE that it has received the annual report of the Civilian Representative ("CR"), Stephen Robinson, which shall be maintained confidentially and under seal until further order of the Court. Within twenty-one (21) days of this Notice - on or before Friday, **February 19, 2021**, the New York City Police Department ("NYPD") must "notify the Court (i) whether [the report] contains privileged information or information that is prohibited for disclosure as set forth in VI(5)(j); (ii) if it believes such information can be protected through redaction of the document; or (iii) if it asserts the need to maintain the entire document confidentially and under seal." Doc. 473, at 14. "The Court shall adjudicate the propriety and scope of any such invocation," *id.*, and in any

1

event, the Court will proceed in the manner described in paragraph VI(5)(k) of the Revised Guidelines.

It is SO ORDERED.

Dated:   New Haven, Connecticut
         January 29, 2021

                                              /s/Charles S. Haight, Jr.
                                              CHARLES S. HAIGHT, JR.
                                              Senior United States District Judge