UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

BARBARA HANDSCHU, et al.,

        Plaintiffs,                              No. 71 Civ. 2203 (CSH)

    -against-

POLICE DEPARTMENT OF THE CITY OF          FEBRUARY 24, 2021
NEW YORK, et al.,

        Defendants.

-----------------------------------------------------------------------------X

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

The Court is in receipt of a letter from Corporation Counsel (Attorney Peter G. Farrell, Deputy Division Chief, Special Federal Litigation Division, New York City Law Department), dated February 18, 2021, which indicates that "Defendants are *not* asserting any of the [applicable] confidentiality provisions" in the Revised Handschu Guidelines (§§ VI(5)(j), (k)) with respect to the "Third Annual CR [Civilian Representative] Report." *See* attached Letter from Peter G. Farrell, Esq. (Ex. 1) (emphasis in original). The Defendants thus have "no objection to the disclosure" of that report. *Id.* Accordingly, pursuant to section VI(5)(k) of the Revised Handschu Guidelines, the Court hereby directs the Clerk to file the Third Annual Report of the Civilian Representative on the public case docket and to serve a copy of said report by first class mail upon Class Counsel:

1

Mr. Jethro Eisenstein
Profeta & Eisenstein
45 Broadway
22nd Floor
New York, New York 10006.

It is SO ORDERED.

Dated: New Haven, Connecticut
       February 24, 2021

                                              */s/Charles S. Haight, Jr.*
                                              CHARLES S. HAIGHT, JR.
                                              Senior United States District Judge