UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BARBARA HANDSCHU, et al.,

                Plaintiffs,                          No. 71 Civ. 2203 (CSH)

   -against-

POLICE DEPARTMENT OF THE CITY OF          DECEMBER 6, 2021
NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------------X

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

      Pursuant to paragraph VI(5)(k) of the "Revised Handschu Guidelines" [Doc. 473], the Court hereby provides NOTICE that it has received the "The Fourth Annual Report" ("Report") of the Civilian Representative ("CR"), Stephen Robinson. The Report shall be maintained confidentially and under seal until further order of the Court. Within twenty-one (21) days of this Notice -- on or before **Monday, December 27, 2021** -- the New York City Police Department ("NYPD") must notify the Court in writing of any contentions or requests it makes pursuant to Section VI(5)(k) of the Revised Handschu Guidelines. In particular, the NYPD must "notify the Court (i) whether [the Report] contains privileged information or information that is prohibited from disclosure as set forth in VI(5)(j); (ii) if it believes such information can be protected through redaction of the document; or (iii) if it asserts the need to maintain the entire document confidentially and under seal." Doc. 473,

at 14. The Court will then "adjudicate the propriety and scope of any such invocation," *id.*

It is SO ORDERED.

Dated: New Haven, Connecticut
December 6, 2021

_____
CHARLES S. HAIGHT, JR.
Senior United States District Judge