UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

BARBARA HANDSCHU, et al.,

        Plaintiffs,                                     No. 71 Civ. 2203 (CSH)

  -against-

POLICE DEPARTMENT OF THE CITY OF            JANUARY 3, 2022
NEW YORK, et al.,

        Defendants.

-------------------------------------------------------------------X

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

      The Court is in receipt of a letter from Corporate Counsel (Attorney Peter G. Farrell, Deputy Division Chief, Special Federal Litigation Division, New York City Law Department), dated December 27, 2021, which provides "notice to the Court that Defendants are *not* asserting any of the [applicable] confidentiality provisions" in the Revised Handschu Guidelines (§§ VI(5)(j), (k)) with respect to the "Fourth Annual CR [Civilian Representative] Report in whole or in part." *See* attached Letter from Peter G. Farrell, Esq. (Ex. 1) (emphasis in original). The Defendants thus have "no objection to the disclosure" of that report. *Id.* Accordingly, pursuant to section VI(5)(k) of the Revised Handschu Guidelines, the Court hereby directs the Clerk to file the Fourth Annual Report of the Civilian Representative on the public case docket and to serve a copy of said report by first

1

class mail upon Class Counsel:

>Mr. Jethro Eisenstein
>Profeta & Eisenstein
>45 Broadway
>22nd Floor
>New York, New York 10006.

It is SO ORDERED.

Dated: New Haven, Connecticut
       January 3, 2022

CHARLES S. HAIGHT, JR.
Senior United States District Judge