UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

BARBARA HANDSCHU, *et al.*,

        Plaintiffs,                        No. 71 Civ. 2203 (CSH)

    -against-

POLICE DEPARTMENT OF THE CITY OF          JUNE 29, 2023
NEW YORK, *et al.*,

        Defendants.

-------------------------------------------------------------------------X

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

    Pursuant to paragraph VI(5)(k) of the "Revised Handschu Guidelines" [Doc. 473], the Court hereby provides NOTICE that it has received the "Fifth Annual Report" (also "Report") of the prior Civilian Representative ("CR"), Stephen Robinson. The Report, submitted by the recently-appointed CR, Muhammad U. Faridi, was prepared by former CR Robinson, and covers the period from the end of the Fourth Annual Report to the date of Attorney Faridi's appointment as CR, February 21, 2023.[1]

---

[1] The Fourth Annual Report, filed on January 4, 2022, specifies that it "covers the work of the Handschu Committee from March 2020 to March 2021." Doc. 488, at 1. According to that Report, "[t]he Handschu Committee met each month during this twelve-month period" in meetings "lasting between one and three hours." *Id.*

The Fifth Annual Report shall be maintained confidentially and under seal until further order of the Court. Within twenty-one (21) days of this Notice – on or before **Thursday, July 20, 2023** – the New York City Police Department ("NYPD") must notify the Court in writing of any contentions or requests it makes pursuant to Section VI(5)(k) of the Revised Handschu Guidelines. In particular, the NYPD must "notify the Court (i) whether [the Report] contains privileged information or information that is prohibited from disclosure as set forth in VI(5)(j); (ii) if it believes such information can be protected through redaction of the document; or (iii) if it asserts the need to maintain the entire document confidentially and under seal." Doc. 473, at 14. The Court will then "adjudicate the propriety and scope of any such invocation," *id.*

Signed: New Haven, Connecticut
June 29, 2023

*/s/Charles S. Haight, Jr.*
CHARLES S. HAIGHT, JR.
Senior United States District Judge