UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

BARBARA HANDSCHU, *et al.*,

        Plaintiffs,　　　　　　　　　　　　　　　　No. 71 Civ. 2203 (CSH)

  -against-

POLICE DEPARTMENT OF THE CITY OF　　　　　　　　AUGUST 8, 2023
NEW YORK, *et al.*,

        Defendants.

-----------------------------------------------------------------------------X

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

On June 29, 2023, the Court noted receipt of the "Fifth Annual Report," prepared by former Civilian Representative ("CR") Stephen Robinson and submitted by current CR Muhammad U. Faridi. Doc. 489. In that "Memorandum and Order," pursuant to the Revised Handschu Guidelines (§§ VI(5)(j), (k)), the Court ordered that "[w]ithin twenty-one (21) days of this Notice – on or before Thursday, July 20, 2023 – the New York City Police Department ('NYPD') must notify the Court in writing of any contentions or requests it makes pursuant to Section VI(5)(k)." Specifically, the NYPD was directed to indicate whether the Report "contains privileged information or information . . . prohibited from disclosure" under the Revised Handschu Guidelines (§ VI(5)(j)). Doc. 489. The July 20, 2023, deadline to respond has expired and Defendants have provided no notice that they object to disclosure of any provisions in the Report. Accordingly, pursuant to

1

Section VI(5)(k) of the Revised Handschu Guidelines, absent Defendants' "assert[ion] [of] any such concerns about the information contained in the [Report]," the Court hereby directs the Clerk to file the "Fifth Annual Report" of the Civilian Representative on the public case docket and to serve a copy of said report by first class mail upon Class Counsel:

    Mr. Jethro Eisenstein
    Profeta & Eisenstein
    45 Broadway
    22nd Floor
    New York, New York 10006.

It is SO ORDERED.

Dated: New Haven, Connecticut
       August 8, 2023

                                          */s/Charles S. Haight, Jr.*
                                          CHARLES S. HAIGHT, JR.
                                          Senior United States District Judge