```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
BARBARA HANDSCHU, et. al.,  :
 :
               Plaintiffs,  :
 :   71-cv-2203 (LJL)
    -v-  :
 :   ORDER
 :
POLICE DEPARTMENT OF THE CITY OF NEW  :
YORK et al.,  :
 :
               Defendants.  :
 X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Pursuant to Section VI(5)(k) of the Operative Handschu Guidelines, Dkt. No. 473, this Order provides notice that the Court has received a copy of the Annual Report of the Civilian Representative pursuant to Section VI(5)(i). Pursuant to the Operative Handschu Guidelines, the Court will maintain the content of the report in confidence and under seal. The New York Police Department has 21 days from the date of the filing of this notice to notify the Court of the information set forth in Section VI(5)(k). In the absence of any expressed concerns by the NYPD or if the Court determines that the document should be made public without redactions despite objections by the NYPD, a copy of the report will be filed on the public docket and served on class counsel.

      The Court further provides notice that the Civilian Representative has agreed to meet with the Court and its staff to provide background on the history of this over 50-year-old case and the Court intends to take the Civilian Representative up on that invitation. Any party objecting to that meeting or desiring a similar opportunity shall so inform the Court by letter filed on ECF no later than 14 days after the date of this Order.

      SO ORDERED.

Dated: August 23, 2024
      New York, New York

                                                    LEWIS J. LIMAN
                                                   United States District Judge