```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BARBARA HANDSCHU, et. al.,                                         :
                                                                   :
                           Plaintiffs,                             :
                                                                   :           71-cv-2203 (LJL)
          -v-                                                      :
                                                                   :               ORDER
POLICE DEPARTMENT OF THE CITY OF NEW                               :
YORK et al.,                                                       :
                                                                   :
                           Defendants.                             :
                                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      On August 23, 2024, the Court provided notice of receipt of the Annual Report of the Civilian Representative and provided 21 days for the New York City Police Department to notify the Court of any concerns pursuant to Section VI(5)(k) of the Operative Handschu Guidelines. Dkt. No. 496. On September 4, 2024, the New York City Police Department informed the Court that it was not asserting any confidentiality over the Annual Report. Dkt. No. 499.

      Accordingly, the Court hereby respectfully directs the Clerk of Court to file the Annual Report on the public case docket and to mail a copy of the report to Class Counsel:

    Mr. Jethro Eisenstein
    Profeta & Eisenstein
    45 Broadway
    22nd Floor
    New York, New York 10006.

    SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                                       LEWIS J. LIMAN
                                            United States District Judge