```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Handschu, et al,

                Plaintiffs,

      -v-

Special Serv. Div., et al.,

                Defendants.
------------------------------------------------------------------X

71-cv-02203 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a hearing on October 30, 2024 in Courtroom 15C, for the Civilian Representative to provide background on the history of this over 50-year-old case. Counsel for the Plaintiff Class and Counsel for Defendants are also invited to attend and provide background. At the request of counsel for the Plaintiff Class and for Defendants, the Deputy Commissioner of the Intelligence and Counterterrorism for the New York Police Department is also invited to attend. Counsel shall meet and confer in advance of the hearing and submit on ECF at least one week before the hearing a proposed agenda and order of presentation.

      SO ORDERED.

Dated: October 17, 2024
       New York, New York

                                                  LEWIS J. LIMAN
                                                United States District Judge