UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BARBARA HANDSCHU, et al.,                                            :
:
                                   Plaintiffs,                       :
:                        71-cv-02203 (LJL)
         -v-                                                         :
:                            ORDER
POLICE DEPARTMENT OF THE CITY OF NEW                                 :
YORK et al.,                                                         :
:
                                   Defendants.                       :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Defendants' letter regarding the Seventh Annual Report of the

Civilian Representative to the New York City Police Department's Handschu Committee (the

"Report").  Defendants are not asserting that the Report contains privileged information or

information that is prohibited from disclosure under section VI(5)(j) of the Revised Handschu

Guidelines.

Accordingly, the Civilian Representative is ordered to file the Report on the Court's

public docket by no later than January 26, 2026.

        SO ORDERED.

Dated: January 23, 2026
        New York, New York                    _____
                                                      LEWIS J. LIMAN
                                              United States District Judge